UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST <br><br> *Plaintiff*, <br><br> v. <br><br> LEEROY M. MYERS; BARBARA MYERS, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. _____ |

**WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST'S CERTIFICATE OF INTERESTED PARTIES**

The following entities and/or persons are financially interested in the outcome of this matter:

1. Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust;

2. Counsel for Plaintiff McCarthy & Holthus, LLP; and,

3. Defendants Leeroy M. Myers and Barbara Myers. Jose Colorado;

        Respectfully Submitted,
        **MCCARTHY & HOLTHUS, LLP**

        */s/ Brandon Hakari*
        Brandon Hakari / TBN: 24107552
        Cole Patton / TBN: 24037247
        1255 West 15th Street, Suite 1060
        Plano, TX  75075
        Phone: 214.291.3800
        Fax: 214.291.3801
        bhakari@mccarthyholthus.com
        **ATTORNEYS FOR PLAINTIFF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST**