UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST | § § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-CV-0008 |
| LEEROY M. MYERS; BARBARA MYERS, | § § § § | |
| *Defendants.* | § § | |

### PLAINTIFF'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust ("Wilmington") files this Motion for Withdrawal and Substitution of Counsel, and respectfully show the Court as follows:

I.  **MOTION**

Wilmington moves the Court to permit Brandon Hakari of McCarthy & Holthus, LLP to withdraw as counsel of record and allow Cole Patton of McCarthy & Holthus, LLP to substitute in as counsel for Wilmington in this matter. Mr. Patton's contact information is as follows:

> Cole Patton
> 1255 West 15th Street, Suite 1060
> Plano, Texas 75075

Tel. 214.291.3800
Fax 214.291.3801
cpatton@mccarthyholthus.com

This substitution is necessary as Wilmington's current counsel, Brandon Hakari, has accepted other employment and will no longer be employed with McCarthy & Holthus, LLP as of January 25, 2022. This withdrawal and substitution is not sought for purposes of delay and no delay is expected as a result of this substitution.

## II. CONCLUSION

WHEREFORE, Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust respectfully requests that this Court permit the withdrawal and substitution requested herein, and that all future pleadings, correspondences, notices, and other documents be directed to the attention of Plaintiff's new counsel.

Dated: January 24, 2022

Respectfully Submitted,
**MCCARTHY & HOLTHUS, LLP**

*/s/ Cole Patton*
Cole Patton / TBN: 24037247
1255 West 15th Street, Suite 1060
Plano, TX 75075
Phone: 214.291.3800
Fax: 214.291.3801
cpatton@mccarthyholthus.com
**ATTORNEYS FOR PLAINTIFF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST**

**CERTIFICATE OF CONFERENCE**

I hereby certify that no party has been served with a summons and copy of the complaint in this matter, and there is no party with which to confer.

*/s/Cole Patton*
Cole Patton

**CERTIFICATE OF SERVICE**

I hereby certify that I submitted the foregoing to the clerk of the United States District Court, Southern District of Texas using the electronic case filing system of the Court, and that I served all counsel of record listed below in accordance with Federal Rule of Civil Procedure 5(b)(2) on January 24, 2022

No party has been served with a summons and copy of the complaint in this matter, and therefore no party is entitled to service of this motion.

*/s/Cole Patton*
Cole Patton