Case 4:22-cv-00088 Document 6 Filed on 01/26/22 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST | § § § § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-CV-0008 |
| LEEROY M. MYERS; BARBARA MYERS, | § § § § | |
| *Defendants.* | § | |

## ORDER

On this day, the Court considered the *Motion for Withdrawal and Substitution of Counsel* filed by Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust ("Wilmington"). The Court has reviewed the motion, and any replies and responses, has determined that the motion has merit and hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Brandon Hakari of McCarthy & Holthus, LLP is withdrawn as counsel of record for Wilmington, and that Cole Patton of McCarthy & Holthus, LLP is substituted as counsel of record for Wilmington. All future pleadings, correspondences, notices, and other documents be directed to the attention of Cole Patton at:

> Cole Patton
> 1255 West 15th Street, Suite 1060
> Plano, Texas 75075
> Tel. 214.291.3800
> Fax 214.291.3801
> cpatton@mccarthyholthus.com

DATED 1/26/2022

_____
The Honorable Keith P. Ellison
United States District Judge