**UNITED STATES DISTRICT COURT**  **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Wilmington Savings Fund Society, FSB
   *Plaintiff(s),*

v.                                           Case No. 4:22−cv−00088

Leeroy M. Myers , et al.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING: **Initial Conference**

DATE: **4/14/2022**

TIME: **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN−PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                            Date: March 10, 2022

By Deputy Clerk, A. Rivera