| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **SOUTHERN DISTRICT OF TEXAS** |

### HOUSTON DIVISION

Wilmington Savings Fund Society, FSB
   *Plaintiff(s),*

v.   Case No. 4:22−cv−00088

Leeroy M. Myers , et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Initial Conference**

DATE: **4/12/2022**

TIME: **02:15 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN−PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**  Date: April 11, 2022

By Deputy Clerk, A. Rivera