**UNITED STATES DISTRICT COURT**         **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Wilmington Savings Fund Society, FSB
    *Plaintiff(s),*

v.                                                     Case No. 4:22−cv−00088

Leeroy M. Myers , et al.
    *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:   **Initial Conference**

DATE:   **5/12/2022**

TIME:   **02:15 PM**

HAS BEEN SET BEFORE

### JUDGE KEITH P. ELLISON

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN−PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                     Date: April 11, 2022

By Deputy Clerk, A. Rivera