UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,<br><br>*Plaintiff*,<br><br>v.<br><br>LEEROY M. MYERS; BARBARA MYERS,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>CIVIL ACTION NO. 4:22-CV-00088 |

**NOTICE OF APPEARANCE AND CHANGE OF LEAD COUNSEL FOR PLAINTIFF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST**

Please take notice that the following attorney is entering her appearance for plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Plaintiff"), and will serve as lead counsel in the above numbered and entitled cause:

Ramona Ladwig
rladwig@McCarthyHolthus.com
Texas State Bar No.: 24092659
1255 West 15th Street, Suite 1060
Plano, Texas 75075
Telephone: 214.291.3800
Facsimile: 214.291.3801

Accordingly, any prior designations of Cole Patton as Lead Counsel are hereby withdrawn. Plaintiff respectfully requests that this Court reflect Plaintiff's designation of Undersigned as its new

Lead Attorney. Further, copies of all correspondence, notices, pleadings and other documents in this action are to be provided to and served upon Undersigned.

Respectfully Submitted,

/s/ Ramona Ladwig
Ramona Ladwig / SBN: 24092659
rladwig@McCarthyHolthus.com
Cole Patton / SBN: 24037247
Joyce Nwachukwu / SBN: 24070347
Thuy Frazier / SBN: 24088129
Yoshie Valadez / SBN: 24091142
1255 West 15th Street, Suite 1060
Plano, Texas 75075
Phone: 214.291.3800
Fax: 214.291.3801

ATTORNEYS FOR PLAINTIFF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all parties of record via CM/ECF on May 11, 2022.

/s/ Ramona Ladwig
Ramona Ladwig