| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **SOUTHERN DISTRICT OF TEXAS** |

### HOUSTON DIVISION

| | |
|---|---|
| Wilmington Savings Fund Society, FSB<br>　*Plaintiff(s),* | |
| v. | Case No. 4:22−cv−00088 |
| Leeroy M. Myers , et al.<br>　*Defendant(s).* | |

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING: **Initial Conference**

DATE: **7/12/2022**

TIME: **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN−PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

| | |
|---|---|
| **Nathan Ochsner, Clerk** | Date: June 21, 2022 |
| By Deputy Clerk, A. Rivera | |