# IRA D. JOFFE
Attorney At Law

6750 WEST LOOP SOUTH # 920  
BELLAIRE, TEXAS 77401

(713) 661-9898  
FAX (888) 335 - 1060

May 20, 2022

Mr. Cole Patton, Esq.  
McCarthy Holthus, LLP  
1225 W 15th Street, Suite 1060  
Plano, TX 75075

>**VIA FAX ONLY TO (214) 291-3801**  
>**and cpatton@mccarthyholthus.com**
>
>**RE:   *Wilmington Savings v. Myers*, Civil Action 4:22-cv-00088,  
>Southern District of Texas, Houston Division**
>
>**Leeroy Myers**  
>**12215 Carola Forest Drive**  
>**Houston, TX 77044**

Dear Mr. Patton:



*Wilmington v. Myers* – Conflicting Stories – Page 1



That all led up to the unsigned May 10, 2022, letter on McCarthy Holthus stationery, a copy of which was sent directly to Mr. Myers and to Mrs. Myers, but not to me. It said:

> "Enclosed please find a copy of the summons and complaint. After many attempts to serve in person and on your attorney, we are serving by mail pursuant to Rule 5(b)(2)(C)."



It was even more impressive in that the enclosed Petition was the one signed by Brandon Hakari, who was removed from the case on January 26, 2022 and left the firm.



*Wilmington v. Myers* – Conflicting Stories – Page 3

███████████████████████████████████████

███████████████████████████████████████

Mr. Myers was literally shot in the back by a neighbor earlier this month. The May 10, 2022, letter was his particularly unwelcome welcome home gift from your firm on his being released from the hospital. It is not helping his recovery. When I was speaking to him about it he had to take a break to change the dressing on the bleeding wound.

Please identify the lawyer who authorized the unsigned May 10, 2022, letter on the firm's stationery to be sent in the first place and to be sent only to my clients. ████████████████████████████████

███████████████████████████████████████

Sincerely,

*[signature]*

Ira D. Joffe, Esq.

IJ/ms