

ira joffe <ira.joffe@gmail.com>

## Willmington Savings v Myers, TXSD Case No. 4:22-cv-00088 ; TX-21-78855-JF

3 messages

**Ramona Ladwig** <rladwig@mccarthyholthus.com>   Fri, Apr 8, 2022 at 3:22 PM
To: "ira.joffe@gmail.com" <ira.joffe@gmail.com>
Cc: txidscm <txidscm@mccarthyholthus.com>, Cole Patton <CPatton@mccarthyholthus.com>, Stacie Nakagai <snakagai@mccarthyholthus.com>, Fidelina Timmons <ftimmons@mccarthyholthus.com>

Mr. Joffe,

Steve Gonzales who you were in discussions with regarding signing a waiver of service is no longer with the firm. I will be handling the file for hereon out. I have attached the waiver of service form you had requested in the matter. Would you please sign and return to us for filing with the court?

Should you have any questions, please let me know as soon as possible. Appreciate your quick response. Thank you.



Ramona V. Ladwig | Senior Litigation Associate | Licensed in TX, FL, and NY

McCarthy ♦ Holthus, LLP

1255 W 15th St Ste 1060, Plano, TX 75075

214.291.3781 (main) | 214.984.7551 (cell)

rladwig@mccarthyholthus.com

http://www.mccarthyholthus.com

"Service Second to None"

Offices in: AR | AZ | CA | CO | ID | NV | NM | OR | TX | WA

DEFENDANTS' EXHIBIT 2 -- PAGE 1

Should escalation be required, please contact: Cole Patton at cpatton@mccarthyholthus.com.

Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose. The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge.


**Waiver of the Service of Summons - Leeroy M. Myers.pdf**
263K

---

**ira joffe** <ira.joffe@gmail.com>    Mon, Apr 11, 2022 at 5:26 PM
To: Ramona Ladwig <rladwig@mccarthyholthus.com>
Cc: txidscm <txidscm@mccarthyholthus.com>, Cole Patton <CPatton@mccarthyholthus.com>, Stacie Nakagai <snakagai@mccarthyholthus.com>, Fidelina Timmons <ftimmons@mccarthyholthus.com>

Please see the attached.
[Quoted text hidden]
--
Ira D. Joffe, Esq.
6750 West Loop South
Suite 920
Bellaire, (Houston) TX 77401

(713) 661-9898
(888) 335-1060 Fax


**2022_04_11 LIMITATIONS EXPIRED.pdf**
301K

---

**Ramona Ladwig** <rladwig@mccarthyholthus.com>    Mon, Apr 11, 2022 at 5:29 PM
To: ira joffe <ira.joffe@gmail.com>
Cc: txidscm <txidscm@mccarthyholthus.com>, Cole Patton <CPatton@mccarthyholthus.com>, Stacie Nakagai <snakagai@mccarthyholthus.com>, Fidelina Timmons <ftimmons@mccarthyholthus.com>

Mr. Joffee,


We can only communicate with counsel on this file. As you have not made an appearance in the matter nor agreed to waive service, we are not authorized to communicate with you on the file as we have no grounds to confirm you are in fact the defendant's counsel in this case. Thank you.

[Quoted text hidden]

DEFENDANTS' EXHIBIT 2 -- PAGE 2