UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,** | § § § § § § | |
| **Plaintiff** | § § | |
| v. | § § | CIVIL ACTION NO. 22-88 |
| **LEEROY M. MYERS and BARBARA MYERS,** | § § § § | |
| **Defendants** | § | |

## ORDER

The case is dismissed without prejudice for the Plaintiff's admitted failure to serve the Defendants before the 90 day deadline in Rule 4(m) expired.

_____           _____

Date                                KEITH P. ELLISON
                                    UNITED STATES DISTRICT JUDGE