| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **SOUTHERN DISTRICT OF TEXAS** |

### HOUSTON DIVISION

| | |
|---|---|
| Wilmington Savings Fund Society, FSB<br>     *Plaintiff(s),* | |
| v. | Case No. 4:22−cv−00088 |
| Leeroy M. Myers, et al.<br>     *Defendant(s).* | |

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:  **Status Conference**

DATE:  **7/29/2022**

TIME:  **11:30 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN−PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

| | |
|---|---|
| **Nathan Ochsner, Clerk** | Date: July 26, 2022 |
| By Deputy Clerk, A. Rivera | |