UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST<br><br>*Plaintiff*,<br><br>v.<br><br>LEEROY M. MYERS; BARBARA MYERS,<br><br>*Defendants.* | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:22-CV-00088 |

**PLAINTIFF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust ("Wilmington") submits the following disclosure statement identifying all known attorneys of record and all persons or entities that are financially interested in this litigation as follows:

1. Plaintiff Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust

2. Defendant Leeroy M. Myers

3. Defendant Barbara Myers

Dated: July 29, 2022

               Respectfully submitted,

               MCCARTHY & HOLTHUS, LLP

               */s/ Ramona Ladwig*
               Ramona Ladwig / SBN: 24092659
               Attorney-in-Charge
               rladwig@McCarthyHolthus.com
               Cole Patton / SBN: 24037247
               1255 West 15th Street, Suite 1060
               Plano, Texas 75075
               Phone: 214.291.3800
               Fax: 214.291.3801

               *Attorneys for Plaintiff*
               *Wilmington Savings Fund Society, FSB, d/b/a*
               *Christiana Trust, not individually but as Trustee for*
               *Pretium Mortgage Acquisition Trust*

## **CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing document was served on all parties of record via CM/ECF on July 29, 2022.

               */s/ Ramona Ladwig*
               Ramona Ladwig