United States District Court
Southern District of Texas
**ENTERED**
August 04, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Wilmington Savings Fund Society, FSB § | |
| § | |
| *versus* § | Civil Action 4:22–cv–00088 |
| § | |
| Leeroy M. Myers, et al. § | |

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial: __3__ Days        Jury: __X__  Non-Jury: _____

1. (a) **NEW PARTIES** shall be joined by:  12/02/2022
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

   (b) **AMENDMENT to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by:  12/2/22

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:  11/20/22

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:  12/20/22

4. DISCOVERY must be completed by:  12/2/22

   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
   (except motions *in limine*) will be filed by:  1/23/23
   (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:
(The Court will fill in this date)

    4/17/23
    (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.

    4/24/23
    (15 Months from the date case filed)

8/4/2022
Date

Keith P. Ellison
United States District Judge

8/3/2022
Date

s/ Ramona Ladwig

Counsel for Plaintiff(s)

8/3/2022
Date

s/ Ira D. Joffe

Counsel for Defendant(s)