1/7/2021 12:36:41 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 49488245
By: WILLIAMS, CAROL
Filed: 1/7/2021 12:36:41 PM
Pgs-2
4

CAUSE NO. 2019-83092

| | | |
|---|---|---|
| IN RE: ORDER FOR FORECLOSURE CONCERNING<br>12215 CAROLA FOREST DR<br>HOUSTON, TX 77044<br><br>UNDER TEX. R. CIV. P. 736<br><br>PETITIONER:<br>WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST<br><br>RESPONDENT(S):<br>LEEROY M MYERS, BARBARA C MYERS | § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF<br><br><br><br><br>HARRIS COUNTY, TEXAS<br><br><br><br><br><br>127TH JUDICIAL DISTRICT |

### ORDER GRANTING NONSUIT

On this day came to be heard the Notice of Nonsuit filed by Petitioner, its successors and assigns. The Court is of the opinion that such Nonsuit is well taken, and, there being no other pleas for affirmative relief by any party, the said Nonsuit is, in all things, granted and approved, and this cause is dismissed WITHOUT PREJUDICE.

SIGNED this _____ day of _____, 20____.

Signed: 1/8/2021 _____

JUDGE PRESIDING

ORDER GRANTING NONSUIT

MH FILE NO. TX-20-78612-HE: MYERS
PAGE 1

DEFENDANTS' EXHIBIT 5 -- PAGE 1

APPROVED AS TO FORM AND ENTRY REQUESTED:

McCarthy & Holthus, LLP

By: /s/ Thuy Frazier
_ Cole Patton / SBN: 24037247
_ Joyce Nwachukwu / SBN: 24070347
✓ Thuy Frazier / SBN: 24088129
_ Yoshie Valadez / SBN: 24091142
_ Robert Hakari / SBN: 24107552
TXAttorneys@McCarthyHolthus.com
1255 West 15th Street, Suite 1060
Plano, TX 75075
Phone: 214-291-3800
Fax: 214-291-3801
**ATTORNEYS FOR PETITIONER**

Unofficial Copy Office of Marilyn Burgess District Clerk