UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,** | § § § § § § | |
| **Plaintiff** | § § | |
| v. | § § | CIVIL ACTION NO. 22-88 |
| **LEEROY M. MYERS and BARBARA MYERS,** | § § § § | |
| **Defendants** | § § | |

## ORDER

The case is dismissed with prejudice because the statute of limitations for the Plaintiff's claim has expired. Even if it had not, the case would have been dismissed because the Plaintiff failed to prove it had standing to prosecute the claim.

_____       _____

Date                     KEITH P. ELLISON
                         UNITED STATES DISTRICT JUDGE