

# URGENT

# Notice of Service Attempt

Dear ___

You are hereby advised that a State of Texas Supreme Court Registered Process Server is attempting delivery of legal documents to you. Under the State of Texas Laws, a court-appointed Process Server has the same authority as the Sheriff or Constable to serve process.

Understanding the sensitivity of these legal matters, we will attempt to serve you in a direct manner; your cooperation will be to your benefit. Please call our office **at 832-902-5398** only between the hours of **8:00 AM and 9:00 PM, Monday-Saturday.**

Due to the confidential nature of these proceedings, we are not permitted to answer specific questions on the phone regarding the case. Furthermore, we cannot discuss this matter with anyone who calls on your behalf, including an attorney. You may consult an attorney after you receive the papers. Be advised that the **State of Texas Penal Code 38.16** states: **Preventing Execution of Civil Process is a Class C Misdemeanor.**

We emphasize strongly the importance that you contact our office within 24 hours. Your failure to do so will affirm your intention to avoid service of process.

This notice is not sent to you by a collection agency. It originates from a Registered Process Server who is authorized by Texas law to serve you with legal documents and to take all necessary legal steps to complete service of process.

Your prompt response is anticipated.

**Christina Edwards**

DEFENDANTS' EXHIBIT 1