**UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Wilmington Savings Fund Society, FSB
   *Plaintiff(s),*

v.                                                                             Case No. 4:22–cv–00088

Leeroy M. Myers , et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Motion to Dismiss for Failure to State a Claim – #22
Motion to Dismiss – #22

DATE:   **1/24/2023**

TIME:   **11:00 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN–PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                    Date: January 12, 2023

By Deputy Clerk, A. Rivera