**K275049** SPECIAL WARRANTY DEED

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

**TEXAS**

Form 26-6441a - October 1967
tion 1820, Title 38, U.S.C.

STATE OF TEXAS,

11/04/85 00096110 K275049 $ 5.00

County of ____ HARRIS

KNOW ALL MEN BY THESE PRESENTS that the Administrator of Veterans' Affairs, an Officer of the United States of America, whose address is Veterans Administration, Washington, D. C. 20420, hereinafter called Grantor for and in consideration of the sum of ten dollars ($10.00) and other valuable consideration

to him paid, and secured to be paid, by
Lee Roy M. Myers
10630 Hammerly #3062
Houston, TX 77043
hereinafter called Grantee(s), as follows:



has granted, sold, and conveyed, and by these presents does grant, sell, and convey unto the said Grantee(s) of the County of ............................................., State of ....TEXAS................................

all that certain tract or parcel of land in the County of ............ Harris ........................, Texas, described as follows, to wit:

LOT NINETEEN (19), BLOCK EIGHT (8), KINGS LAKE FOREST, SECTION ONE (1), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE REPLAT THEREOF RECORDED IN VOLUME 279, PAGE 64 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

COMMONLY KNOWN AS 12215 CAROLA FOREST

FILED
NOV 4 3 30 PM 1985
Anita Rodrigue
COUNTY CLERK
HARRIS COUNTY, TEXAS

THIS CONVEYANCE IS SUBJECT TO ANY RESTRICTIVE COVENANTS, OUTSTANDING MINERAL INTERESTS AND EASEMENTS AFFECTING THE PROPERTY ABOVE DESCRIBED.

TO HAVE AND TO HOLD the above-described premises, together with all and singular, the rights and appurtenances thereto in anywise belonging unto the said Grantee(s) and Grantee's successors or heirs and assigns forever, and Grantor does hereby bind himself and his successors to warrant and forever defend all and singular the said premises unto the said Grantee(s) and Grantee's successors or assigns, against every person whomsoever lawfully claiming, or to claim the same or any part thereof, by, through, or under Grantor.

Page 1 of 2

Hold For TEXAS AMERICAN TITLE Co. JM

EXHIBIT 1-1

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

IN WITNESS WHEREOF, Grantor, on the 10th day of June A.D. 19 85 has caused this instrument to be signed and sealed in his name and on his behalf by the undersigned Loan Guaranty Officer, being thereunto duly appointed, qualified, and acting pursuant to sections 212 and 1820 of Title 38, United States Code, and sections 36:4342 and 36:4520 of the regulations pursuant thereto as amended, and who is authorized to execute this instrument.

Harry N. Walters
Administrator of Veterans' Affairs

By ...................

F.M. McReaken
Loan Guaranty Officer
VA Regional Office, Houston, TX
(660-4189). Pursuant to a delegation
of authority contained in VA Regulations
(38 CFR 36.4342).

THE STATE OF TEXAS,
County of Harris

BEFORE ME, the undersigned authority on this day personally appeared ... F.M. McReaken ..., known to me to be the person whose name is subscribed to the foregoing instrument, who, being by me duly sworn, did say that he is a Loan Guaranty Officer of the Veterans Administration, an agency of the United States Government, and is duly authorized to execute this deed on behalf of the Grantor, the Administrator of Veterans' Affairs named, and acknowledged to me that he subscribed the name of said Administrator thereto and that he executed such instrument on behalf of said Administrator for the purposes and consideration therein expressed, and in the capacity stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS THE 10th day of June , A.D. 19 85 .

Lota M. Charles
LOTA M. CHARLES
Notary Public, State of Texas
My Commission Expires May 11, 1989

Notary Public in and for— ............ County, Texas.

NOTE 1 — Delete (s) to (ss) if entire consideration is paid.
NOTE 2 — Print, typewrite or stamp names of Administrator of Veterans' Affairs and Loan Guaranty Officer; also names of Notary Public immediately underneath such signatures.

**CLERK'S CERTIFICATE**

THE STATE OF TEXAS,
County of ............................................. } ss:

I, .................................................................................. , County Clerk of the County Court of said County, do hereby certify that the foregoing instrument of writing dated on the .............. day of ...................., A.D. 19........, with its Certificate of Authentication, was filed for record in my office on the .............. day of ...................., A.D. 19..., at ........ o'clock ........ M., and duly recorded this ............ day of ...................., A.D. 19......, at ............ o'clock ............ M., in the ............................................. records of said County, in volume ......................, on pages ............................

WITNESS MY HAND AND SEAL OF THE COUNTY COURT of said County, at office in .................................... ..................................., the day and year last above written.

[L.S.] County Clerk ................................ County, Texas.
By ........................................................., Deputy.

WARRANTY DEED
With Vendor's Lien
FROM
ADMINISTRATOR OF VETERANS' AFFAIRS
TO

FILED FOR RECORD
This .... day of ..............., A.D. 19......, at ............ o'clock .......... M.
County Clerk, ........................ County, Texas
By .................................................. Deputy

STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me, and was duly RECORDED, in the Official Public Records of Real Property of Harris County Texas on

NOV - 4 1985

COUNTY CLERK,
HARRIS COUNTY, TEXAS

This instrument should be filed immediately with the County Clerk for record.

446105