## ASSIGNMENT OF NOTE AND DEED OF TRUST

BDFTE No.: █████
Investor/Loan Type: FNMA

**Date of Assignment:** Effective September 22, 2009

**Assignor:** MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER AND LENDERS SUCCESSORS AND ASSIGNS

**Assignee:** LITTON LOAN SERVICING LP

**Assignee's Mailing Address:** 4828 LOOP CENTRAL DRIVE
(including county) HOUSTON, TX 77081

### NOTE and DEED OF TRUST--

**Maker/Grantor:** BARBARA C. MYERS
LEEROY M. MYERS

**Date:** March 27, 2006

**Original Amount:** $ 50,000.00

**Payee:** HOME123 CORPORATION

**Trustee:** ELDON L. YOUNGBLOOD

**Recording Information:** CLERK'S FILE NO. Z198524
(including county) (HARRIS)

**Property (including any improvements) Subject to Deed of Trust:**
LOT NINETEEN (19), IN BLOCK EIGHT (8), OF REPLAT OF KINGS LAKE FOREST, SECTION ONE (1), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 279, PAGE 64 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS

After Recording Return To:
Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveyor Blvd., Suite 100
Addison, TX 75001
Attn: NDeX Title Services, LLC

RP 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

ASGNDOT.rpt - (04/24/08) / Ver-05

**HOLD FOR BDF**

Page 1 of 2

Page 1 of 3

EXHIBIT 1-6

ASSIGNMENT OF NOTE  
AND DEED OF TRUST

BDFTE No.:  
Investor/Loan Type: FNMA

WHEREAS, on the date of assignment indicated above, for value received, Holder of the Note and Deed of Trust transferred and assigned each to Assignee, and warranted that the lien was valid against the property in the priority indicated; and

WHEREAS, the Holder of the Note and Deed of Trust and the Assignee desire to evidence and memorialize such transfer and assignment and warranty by this document;

NOW THEREFORE, for value received Holder of the Note and Deed of Trust does hereby evidence and memorialize its transfer and assignment of the Note and Deed of Trust to Assignee on the date of assignment indicated above.

When the context requires, singular nouns and pronouns include the plural.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER AND LENDERS SUCCESSORS AND ASSIGNS

RECORDER'S MEMORANDUM:  
At the time of recordation, this Instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blackouts, additions and changes were present at the time the instrument was filed and recorded.

BY: _____  
Marti Noriega  
ITS: Assistant Vice President

CORPORATE ACKNOWLEDGMENT

State of ____Texas____ §  
County of ____Harris____ §

Before me, the undersigned Notary Public, on this day personally appeared __Marti Noriega__, who is the __Assistant Vice President__ of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER AND LENDERS SUCCESSORS AND ASSIGNS, a corporation, on behalf of said corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __2__ day of __November__, 2009.

My Commission Expires:  
3/19/2011

Notary Public Signature

MATTIE MILLER  
Printed Name of Notary Public

MATTIE W. MILLER  
Notary Public, State of Texas  
My Commission Expires  
March 19, 2011

PREPARED BY AND AFTER RECORDING RETURN TO: BDFTE, L.L.P.  
15000 Surveyor Boulevard, Suite 100, Addison, Texas 75001

ASGNDOT.rpt - (04/24/08) / Vcr-05

Page 2 of 2

RP 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

Page 2 of 3

RP 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

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in file number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County Texas on

NOV 12 2009



COUNTY CLERK
HARRIS COUNTY, TEXAS



FILED
2009 NOV 12 PM 2:04
COUNTY CLERK
HARRIS COUNTY, TEXAS

Page 3 of 3