20110045150
02/01/2011   ER   $20.00

ASSGN
X

Recording Request By, Prepared by and return to:
Charles Brown
Brown & Associates
2316 Southmore
Pasadena, TX 77502
713-941-4928

## ASSIGNMENT OF DEED OF TRUST

Loan
FNMA Loan #:

ER 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

**FOR VALUE RECEIVED,** Litton Loan Servicing LP, its successors and assigns, whose address is 4828 Loop Central Drive, Houston, TX 77081, does hereby assign and transfer to:

**Green Tree Servicing LLC**, its successors and assigns, forever
Whose address is 7360 South Kyrene Rd, T314, Tempe, AZ 85283,

1EE

All its right, title and interest in and to a certain deed of trust from **LEEROY M MYERS AND BARBARA C MYERS** to **HOME123 CORPORATION** for **$50,000.00** dated **3/27/2006** of record on **4/3/2006** at Document Number **Z198524**, in the **HARRIS** County Clerk's Office, State of TX.

Property Address: 12215 Carola Forest Dr, Houston, TX 77044
Legal Description: LOT NINETEEN (19), IN BLOCK EIGHT (8), OF REPLAT OF KINGS LAKE FOREST, SECTION ONE (1), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 279, PAGE 64 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS

D

Executed January 26, 2011.

Litton Loan Servicing LP by and through its attorney in fact Charles A. Brown & Associates, P.L.L.C., dba Brown & Associates

3OR

By: Regina Monts
Title: Secretary

Page 1 of 3

EXHIBIT 1-7

CORPORATE ACKNOWLEDGEMENT

State of Texas

County of Harris

On January 26, 2011, before me, the undersigned Notary Public, in and for said state and county, personally appeared Regina Monts the Secretary of Charles A. Brown & Associates, P.L.L.C., dba Brown & Associates, attorney in fact for Litton Loan Servicing, LP, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Notary Public in and for the State of Texas



Notary Public

JESSE BETANCOURT JR.
NOTARY PUBLIC
STATE OF TEXAS
MY COMMISSION
EXPIRES 4-03-2014

Mortgage for $50,000.00 dated 3/27/2006

ER 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

ER 021 - 75 - 2108

20110045150
# Pages 3
02/01/2011    13:54:39 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
STAN STANART
COUNTY CLERK
Fees 20.00

**RECORDERS MEMORANDUM**
This instrument was received and recorded electronically and any blackouts, additions or changes were present at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or use of the described real property because of color or race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS