20110300687
07/21/2011 RP1 $20.00

Recording Request By, Prepared by and return to:
Charles Brown
Brown & Associates
2316 Southmore
Pasadena, TX 77502
713-941-4928

## ASSIGNMENT OF DEED OF TRUST

This Corrective Assignment of Deed of Trust is a correction of that certain Assignment of Deed of Trust recorded on 11/12/2009 as Film Code 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 in the Clerk's Office of Harris County, Texas, wherein by scrivener's error or mistake the Assignment of Deed of Trust did not contain an assignee or the Deed of Trust recording information and this instrument is made to include said assignee and Deed of Trust recording information and in all other respects confirms said former Assignment of Deed of Trust

Min Number   MERS Telephone No. 1-888-679-6377

**FOR VALUE RECEIVED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.**, whose address is P.O. Box 2026, Flint, MI 48501-2026, does hereby assign and transfer to:

**Litton Loan Servicing LP**, its successors and assigns, forever
Whose address is 4828 Loop Central Drive, Houston, TX 77081,

All its right, title and interest in and to a certain deed of trust from **LEEROY M MYERS** to **HOME123 CORPORATION** for **$50,000.00** dated **3/27/2006** of record on **4/3/2006** at Document Number **Z198524**, in the Harris County Clerk's Office, State of TX.

Property Address: 12215 Carola Forest Dr, Houston, TX 77044
Legal description: LOT NINETEEN (19), IN BLOCK EIGHT (8), OF REPLAT OF KINGS LAKE FOREST, SECTION ONE (1), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OF PLAT THEREOF RECORDED IN VOLUME 279, PAGE 64 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

Executed this 6-21-2011.
**EFFECTIVE AS OF 11/2/2009**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.

By: Elizabeth Willard
Title: Assistant Secretary

FILED FOR RECORD
8:00 AM

JUL 21 2011

Stan Stanart
County Clerk, H[...], Texas

Page 1 of 2

EXHIBIT 1-8

State of Texas

County of Harris

This instrument was acknowledged before me on 6-$\underline{21}$-2011 by Elizabeth Willard the Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware Corporation, on behalf of said corporation.

Notary Public in and for the State of Texas
Notary's Printed Name: Mary A. Johnson
My Commission Expires: 3/23/2013

DOT for $50,000.00 dated 3/27/2006



MARY A. JOHNSON
My Commission Expires
March 23, 2013

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas

JUL 21 2011



Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.