Case 4:22-cv-00088 Document 28-11 Filed on 01/23/23 in TXSD Page 1 of 3
Document 1-1 Filed on 01/10/22 in TXSD Page 42 of 58
RP-2018-510752
11/09/2018 ER $20.00

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

_____ Space above for Recorder's use _____

## CORRECTIVE ASSIGNMENT OF DEED OF TRUST

\*\*\*This Assignment is being recorded to correct and replace the Assignment recorded on 07/21/2011 as Book/Page/Instrument# RP 078-22/1822/20110300687 in the records of the Clerk of Harris County, TX to correct the Security Instrument Reference\*\*\*

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, whose address is P.O. BOX 2026, FLINT, MI 48501-2026, (ASSIGNOR), does hereby grant, assign and transfer to **LITTON LOAN SERVICING, LP**, whose address is 4528 LOOP CENTRAL DRIVE, HOUSTON, TX 77081, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: 3/27/2006
Original Loan Amount: $50,000.00
Executed by (Borrower(s)): **LEEROY M MYERS & BARBARA C MYERS**
Original Trustee: **ELDON L. YOUNGBLOOD**
Original Beneficiary: **HOME123 CORPORATION**
Filed of Record: In Book **RP 019-88**, Page **2700**,
Document/Instrument No: **Z198524** in the Recording District of **HARRIS, TX**, Recorded on 4/3/2006.

Property more commonly described as: **12215 CAROLA FOREST DR, HOUSTON, TEXAS 77044**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: _____10-24-2018_____

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____Donna Brammer_____
Title: _____Assistant Secretary_____

Witness Name: _____V. Gumbis_____

MIN# [redacted]        MERS PH# 1-888-679-MERS

EXHIBIT 1-10

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of ___Texas___
County of ___Harris___

On ___10-24-18___, before me, ___Jose Berruete___, a Notary Public, personally appeared ___Donna Brammer___, ___Assistant Secretary___ of/for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of ___Texas___ that the foregoing paragraph is true and correct. I further certify ___Donna Brammer___, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name): ___Jose Berruete___
My commission expires: ___8-8-2021___

JOSE BERRUETE
Notary Public, State of Texas
Comm. Expires 08-08-2021
Notary ID 131238560

RP-2018-510752

Page 2 of 3

RP-2018-510752
# Pages 3
11/09/2018 11:35 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
STAN STANART
COUNTY CLERK
Fees $20.00

**RECORDERS MEMORANDUM**
This instrument was received and recorded electronically and any blackouts, additions or changes were present at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or use of the described real property because of color or race is invalid and unenforceable under federal law.
**THE STATE OF TEXAS**
**COUNTY OF HARRIS**
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas.



Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS