RP-2019-188566
05/07/2019   ER   $24.00

ASSGN
20080202549
04/23/2008   ER   $16.00

## ASSIGNMENT OF DEED OF TRUST

Lenders Loan Number:
MIN
MERS Phone: 1-888-679-6377

FOR VALUE RECEIVED, NEW CENTURY MORTGAGE CORPORATION, its successors and assigns, hereby assigns and transfers to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., its successors and assigns, PO Box 2026, Flint, MI 48501-2026, all it right, title and interest in and to a certain mortgage executed by LEEROY M MYERS, to HOME123 CORPORATION and bearing the date of 3/27/2006 in the original amount of $50000 and filed in the office of the Recorder of HARRIS County, State of TX in Document Number and/or in Volume , at Page .

1EE

Property described as: LOT NINETEEN 19 IN BLOCK EIGHT 8 OF REPLAT OF KINGS LAKE FOREST SECTION ONE 1 AN ADDITION IN HARRIS COUNTY TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 279 PAGE 64 OF THE MAP RECORDS OF HARRIS COUNTY TEXAS

D

Signed on the 17th day of April, 2008.

NEW CENTURY MORTGAGE CORPORATION
BY ITS ATTORNEY IN FACT, BROWN & ASSOCIATES
(AND DESIGNEE OF FEDERAL NATIONAL MORTGAGE
ASSOCIATION BY JOSEPH GRIMES)

3OR

Signor/ Regina Monts
Signor Title: Assistant Secretary

STATE OF TEXAS §
COUNTY OF HARRIS §

On the 17th day of April, 2008, before me, a Notary Public, personally appeared Regina Monts, to me known, whom being duly sworn, did say that she is the Assistant Secretary of Brown & Associates, and that said instrument was signed on behalf of said corporation.

Notary Public

N. CORTEZ
NOTARY PUBLIC
STATE OF TEXAS
My Comm Expires 10-29-2008

ER 006 - 99 - 2165

**RETURN TO:**
Brown & Associates
10592-A Fuqua, PMB 426
Houston, TX 77089

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 2/15/2019
**Diane Trautman, County Clerk**
Harris County, Texas

Isabel C. Garcia   Deputy

CON:402508|ER006992165

Page 1 of 4

EXHIBIT 1-11

ER 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

RP-2019-188566

20080202549
# Pages 2
04/23/2008   11:21:23 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
BEVERLY KAUFMAN
COUNTY CLERK
Fees 16.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and
unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the
Public Information Act.

A Certified Copy
Attest: 2/15/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_____ Deputy
Isabel C. Garcia

CON 402508/ER006992165



Page 2 of 4



The above space is for recorder's use

This Assignment is being Re-recorded to add the Deed of Trust recording references - recorded 4/3/2006 Book/Page: RP 019-88 /2700/Z198524 .

RP-2019-188566


Page 3 of 4

RP-2019-188566
# Pages 4
05/07/2019 10:47 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
DIANE TRAUTMAN
COUNTY CLERK
Fees $24.00

RP-2019-188566

**RECORDERS MEMORANDUM**
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
**THE STATE OF TEXAS**
**COUNTY OF HARRIS**
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS