**SELENE FINANCE**

## Loan Information

| | | | |
|---|---|---|---|
| Loan Number: | | Origination Date: | 3/31/2006 |
| Loan Type: | Conventional | Acquisition Date: | 8/30/2018 |
| Investor: | Pretium Partners | Maturity Date: | 4/1/2023 |
| MI Company: | | Is Insured: | No |
| Due Date: | 7/1/2009 | | |

## Property & Borrower Information

| | | | |
|---|---|---|---|
| Borrower Name: | LEEROY MYERS | Co-Borrower Name: | |
| Borrower SSN: | | Co-Borrower SSN: | |
| Prop Address: | 12215 CAROLA FOREST D | Prop Type: | Single Family Residence |
| | HOUSTON, TX 77044 | Inspection Date: | 6/23/2022 |
| Mailing Address: | 12215 CAROLA FOREST DR | Occupancy Status: | Owner Occupied |
| | HOUSTON, TX 77044 | Represented by Attorney: | Yes |
| Additional Borrowers/Non-Obligors | | | |

## Debt Breakdown - Payoff

| | | | |
|---|---|---|---|
| Good to Date: | 8/12/2022 | Escrow Balance: | 0.00 |
| Principal Balance: | 43,529.12 | Suspense Balance: | 0.00 |
| Deferred Principal Balance: | 0.00 | Restricted Escrow Balance: | 0.00 |
| Delinquent Interest: | 22,146.24 | Per Diem Amount: | 0.00 |
| Escrow Advance: | 25,016.60 | | |
| Corporate Advance Balance: | 6,848.22 | | |
| Late Fees: | 624.50 | | |
| Pending Taxes: | 0.00 | | |
| Pending Hazard: | 0.00 | | |
| Pending MI: | 0.00 | | |
| Recording Fee: | 16.00 | | |
| **Total Debt:** | **98,180.68** | | |

## Reinstatement Quote

| | |
|---|---|
| Good to date | 8/12/2022 |
| Missed Payments | 112,518.76 |
| Late Charge Fees | 624.50 |
| Corporate Advance | 6,848.22 |
| Escrow Advance | 0.00 |
| Suspense | 0.00 |
| **Total Reinstatement** | **119,991.48** |

**SELENE FINANCE**

## Payment Information

| | | | |
|---|---|---|---|
| **UPB Amount:** | 43,529.12 | **Due Date:** | 7/1/2009 |
| **Total Monthly Payment:** | 462.52 | **Interest Rate:** | 7.4650% |
| **P&I Amount:** | 462.52 | **Term:** | 204 |
| **Escrow Amount:** | 0.00 | **Original Loan Amount:** | 50,000.00 |
| **Payment Frequency:** | 12 | | |
| **Deferred Amount:** | 0.00 | | |
| **Missed Payment Due Date Term:** | 7/1/2009 - 8/1/2022 | | |

## Missed Payments Breakdown

| Date Range | P&I Amount | T&I Amount | PITI Amount | # missed payments | Missed Payment Total Amount |
|---|---|---|---|---|---|
| 7/1/2009 - 6/1/2010 | 462.52 | 0.00 | 462.52 | 12 | 5,550.24 |
| 7/1/2010 - 8/1/2016 | 462.52 | 376.57 | 839.09 | 74 | 62,092.66 |
| 9/1/2016 - 10/1/2017 | 462.52 | 174.10 | 636.62 | 14 | 8,912.68 |
| 11/1/2017 - 3/1/2019 | 462.52 | 150.34 | 612.86 | 17 | 10,418.62 |
| 4/1/2019 - 3/1/2020 | 462.52 | 164.80 | 627.32 | 12 | 7,527.84 |
| 4/1/2020 - 3/1/2021 | 462.52 | 175.20 | 637.72 | 12 | 7,652.64 |
| 4/1/2021 - 3/1/2022 | 462.52 | 198.25 | 660.77 | 12 | 7,929.24 |
| 4/1/2022 - 8/1/2022 | 462.52 | 203.34 | 665.86 | 5 | 3,329.30 |
| **Total Missed Payments** | | | | **158** | **113,413.22** |

## Payment Change History

| Effective Date | Principal & Interest Amt | Taxes & Insurance Amt | Total Payment | Interest Rate | Change Reason |
|---|---|---|---|---|---|
| 4/1/2022 | 462.52 | 203.34 | 665.86 | 7.4650% | |
| 4/1/2021 | 462.52 | 198.25 | 660.77 | 7.4650% | |
| 4/1/2020 | 462.52 | 175.20 | 637.72 | 7.4650% | |
| 4/1/2019 | 462.52 | 164.80 | 627.32 | 7.4650% | |
| 11/1/2017 | 462.52 | 150.34 | 612.86 | 7.4650% | |
| 9/1/2016 | 462.52 | 174.10 | 636.62 | 7.4650% | |
| 7/1/2010 | 462.52 | 376.57 | 839.09 | 7.4650% | |
| 5/1/2006 | 462.52 | 0.00 | 462.52 | 7.4650% | |

## Payment & Escrow Breakdown

| Tran Date | Due Date | Tran Description | Total Amount | Principal Amt | Interest Amt | Escrow Amt | Suspense Amt | NSF | UPB | Deferred UPB | Escrow Balance | Escrow Advance Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/4/22 | 7/1/09 | Hazard Ins | -145.39 | 0.00 | 0.00 | -145.39 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 25,016.60 |
| 6/2/22 | 7/1/09 | Hazard Ins | -145.39 | 0.00 | 0.00 | -145.39 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 24,871.21 |
| 6/2/22 | 7/1/09 | Escrow Adv Movement | 145.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 24,871.21 |
| 5/4/22 | 7/1/09 | Escrow Adv Movement | 145.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 24,725.82 |
| 5/4/22 | 7/1/09 | Hazard Ins | -145.39 | 0.00 | 0.00 | -145.39 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 24,725.82 |
| 4/1/22 | 7/1/09 | Hazard Ins | -145.39 | 0.00 | 0.00 | -145.39 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 24,580.43 |
| 4/1/22 | 7/1/09 | Escrow Adv Movement | 145.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 24,580.43 |
| 3/2/22 | 7/1/09 | Escrow Adv Movement | 145.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 24,435.04 |
| 3/2/22 | 7/1/09 | Hazard Ins | -145.39 | 0.00 | 0.00 | -145.39 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 24,435.04 |
| 2/2/22 | 7/1/09 | Hazard Ins | -145.39 | 0.00 | 0.00 | -145.39 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 24,289.65 |
| 2/2/22 | 7/1/09 | Escrow Adv Movement | 145.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 24,289.65 |
| 1/3/22 | 7/1/09 | Escrow Adv Movement | 145.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 24,144.26 |
| 1/3/22 | 7/1/09 | Hazard Ins | -145.39 | 0.00 | 0.00 | -145.39 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 24,144.26 |
| 12/30/21 | 7/1/09 | Escrow Adv Movement | 379.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,998.87 |
| 12/30/21 | 7/1/09 | City/Township Tax | -379.27 | 0.00 | 0.00 | -379.27 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,998.87 |
| 12/24/21 | 7/1/09 | Escrow Adv Movement | 17.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,619.60 |
| 12/24/21 | 7/1/09 | County Tax | -17.87 | 0.00 | 0.00 | -17.87 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,619.60 |
| 12/2/21 | 7/1/09 | Escrow Adv Movement | 145.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,601.73 |

**SELENE FINANCE**

**Payment & Escrow Breakdown**

| Tran Date | Due Date | Tran Description | Total Amount | Principal Amt | Interest Amt | Escrow Amt | Suspense Amt | NSF | UPB | Deferred UPB | Escrow Balance | Escrow Advance Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2/21 | 7/1/09 | Hazard Ins | -145.39 | 0.00 | 0.00 | -145.39 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,601.73 |
| 11/3/21 | 7/1/09 | Hazard Ins | -145.39 | 0.00 | 0.00 | -145.39 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,456.34 |
| 11/3/21 | 7/1/09 | Escrow Adv Movement | 145.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,456.34 |
| 10/4/21 | 7/1/09 | Escrow Adv Movement | 145.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,310.95 |
| 10/4/21 | 7/1/09 | Hazard Ins | -145.39 | 0.00 | 0.00 | -145.39 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,310.95 |
| 9/1/21 | 7/1/09 | Hazard Ins | -145.39 | 0.00 | 0.00 | -145.39 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,165.56 |
| 9/1/21 | 7/1/09 | Escrow Adv Movement | 145.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,165.56 |
| 8/3/21 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,020.17 |
| 8/3/21 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 23,020.17 |
| 7/2/21 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,874.67 |
| 7/2/21 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,874.67 |
| 6/2/21 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,729.17 |
| 6/2/21 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,729.17 |
| 5/4/21 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,583.67 |
| 5/4/21 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,583.67 |
| 4/1/21 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,438.17 |
| 4/1/21 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,438.17 |
| 3/23/21 | 7/1/09 | Escrow Adv Refund | -334.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,292.67 |
| 3/23/21 | 7/1/09 | County Tax | 334.73 | 0.00 | 0.00 | 334.73 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,292.67 |
| 3/3/21 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,627.40 |
| 3/3/21 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,627.40 |
| 2/3/21 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,481.90 |
| 2/3/21 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,481.90 |
| 1/21/21 | 7/1/09 | Escrow Adv Movement | 13.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,336.40 |
| 1/21/21 | 7/1/09 | County Tax | -13.97 | 0.00 | 0.00 | -13.97 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,336.40 |
| 1/1/21 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,322.43 |
| 1/1/21 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,322.43 |
| 12/31/20 | 7/1/09 | City/Township Tax | -334.73 | 0.00 | 0.00 | -334.73 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,176.93 |
| 12/31/20 | 7/1/09 | Escrow Adv Movement | 334.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 22,176.93 |
| 12/30/20 | 7/1/09 | Escrow Adv Movement | 334.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 21,842.20 |
| 12/30/20 | 7/1/09 | County Tax | -334.73 | 0.00 | 0.00 | -334.73 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 21,842.20 |
| 12/2/20 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 21,507.47 |
| 12/2/20 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 21,507.47 |
| 11/3/20 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 21,361.97 |
| 11/3/20 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 21,361.97 |
| 10/2/20 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 21,216.47 |
| 10/2/20 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 21,216.47 |
| 9/2/20 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 21,070.97 |
| 9/2/20 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 21,070.97 |
| 8/1/20 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,925.47 |
| 8/1/20 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,925.47 |
| 7/2/20 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,779.97 |
| 7/2/20 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,779.97 |
| 6/3/20 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,634.47 |
| 6/3/20 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,634.47 |
| 5/2/20 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,488.97 |
| 5/2/20 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,488.97 |
| 4/1/20 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,343.47 |

**Payment & Escrow Breakdown**

| Tran Date | Due Date | Tran Description | Total Amount | Principal Amt | Interest Amt | Escrow Amt | Suspense Amt | NSF | UPB | Deferred UPB | Escrow Balance | Escrow Advance Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/20 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,343.47 |
| 3/4/20 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,197.97 |
| 3/4/20 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,197.97 |
| 2/1/20 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,052.47 |
| 2/1/20 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 20,052.47 |
| 1/1/20 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 19,906.97 |
| 1/1/20 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 19,906.97 |
| 12/13/19 | 7/1/09 | Escrow Adv Movement | 10.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 19,761.47 |
| 12/13/19 | 7/1/09 | County Tax | -10.43 | 0.00 | 0.00 | -10.43 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 19,761.47 |
| 12/5/19 | 7/1/09 | City/Township Tax | -345.99 | 0.00 | 0.00 | -345.99 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 19,751.04 |
| 12/5/19 | 7/1/09 | Escrow Adv Movement | 345.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 19,751.04 |
| 12/4/19 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 19,405.05 |
| 12/4/19 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 19,405.05 |
| 11/1/19 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 19,259.55 |
| 11/1/19 | 7/1/09 | Escrow Adv Movement | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 19,259.55 |
| 10/2/19 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 19,114.05 |
| 9/4/19 | 7/1/09 | Hazard Ins | -145.50 | 0.00 | 0.00 | -145.50 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,968.55 |
| 8/1/19 | 7/1/09 | Hazard Ins | -138.30 | 0.00 | 0.00 | -138.30 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,823.05 |
| 8/1/19 | 7/1/09 | Escrow Adv Movement | 138.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,823.05 |
| 7/3/19 | 7/1/09 | Escrow Adv Movement | 138.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,684.75 |
| 7/3/19 | 7/1/09 | Hazard Ins | -138.30 | 0.00 | 0.00 | -138.30 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,684.75 |
| 6/1/19 | 7/1/09 | Hazard Ins | -138.30 | 0.00 | 0.00 | -138.30 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,546.45 |
| 6/1/19 | 7/1/09 | Escrow Adv Movement | 138.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,546.45 |
| 5/2/19 | 7/1/09 | Escrow Adv Movement | 138.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,408.15 |
| 5/2/19 | 7/1/09 | Hazard Ins | -138.30 | 0.00 | 0.00 | -138.30 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,408.15 |
| 4/3/19 | 7/1/09 | Hazard Ins | -138.30 | 0.00 | 0.00 | -138.30 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,269.85 |
| 4/3/19 | 7/1/09 | Escrow Adv Movement | 138.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,269.85 |
| 3/2/19 | 7/1/09 | Escrow Adv Movement | 138.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,131.55 |
| 3/2/19 | 7/1/09 | Hazard Ins | -138.30 | 0.00 | 0.00 | -138.30 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 18,131.55 |
| 2/1/19 | 7/1/09 | Escrow Adv Movement | 138.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,993.25 |
| 2/1/19 | 7/1/09 | Hazard Ins | -138.30 | 0.00 | 0.00 | -138.30 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,993.25 |
| 1/3/19 | 7/1/09 | Hazard Ins | -138.30 | 0.00 | 0.00 | -138.30 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,854.95 |
| 1/3/19 | 7/1/09 | Escrow Adv Movement | 138.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,854.95 |
| 12/18/18 | 7/1/09 | Escrow Adv Movement | 14.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,716.65 |
| 12/18/18 | 7/1/09 | County Tax | -14.54 | 0.00 | 0.00 | -14.54 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,716.65 |
| 12/4/18 | 7/1/09 | Escrow Adv Movement | 138.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,702.11 |
| 12/4/18 | 7/1/09 | Hazard Ins | -138.30 | 0.00 | 0.00 | -138.30 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,702.11 |
| 11/1/18 | 7/1/09 | Hazard Ins | -138.30 | 0.00 | 0.00 | -138.30 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,563.81 |
| 11/1/18 | 7/1/09 | Escrow Adv Movement | 138.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,563.81 |
| 10/30/18 | 7/1/09 | Escrow Adv Movement | 138.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,425.51 |
| 10/30/18 | 7/1/09 | Hazard Ins | -138.30 | 0.00 | 0.00 | -138.30 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,425.51 |
| 10/27/18 | 7/1/09 | Hazard Ins | -138.30 | 0.00 | 0.00 | -138.30 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,287.21 |
| 10/27/18 | 7/1/09 | Escrow Adv Movement | 138.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,287.21 |
| 9/18/18 | 7/1/09 | Escrow Adv Refund | -0.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,148.91 |
| 9/18/18 | 7/1/09 | Hazard Ins | 0.95 | 0.00 | 0.00 | 0.95 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,148.91 |
| 9/7/18 | 7/1/09 | Loan Prin Bal Set-up | -43,529.12 | -43,529.12 | 0.00 | 0.00 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,149.86 |
| 9/7/18 | 7/1/09 | Restricted Monetary Adjust | 17,149.86 | 0.00 | 0.00 | 17,149.86 | 0.00 | 0.00 | 43,529.12 | 0.00 | 0.00 | 17,149.86 |
| 8/30/18 | | Loan Removed per Release of Servicing (Tran 058) | 0.00 | 43,529.12 | 0.00 | 17,149.86 | 0.00 | 0.00 | | | | |

**SELENE FINANCE**

## Payment & Escrow Breakdown

| Tran Date | Due Date | Tran Description | Total Amount | Principal Amt | Interest Amt | Escrow Amt | Suspense Amt | NSF | UPB | Deferred UPB | Escrow Balance | Escrow Advance Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/30/18 | | Late Charge Adjust | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| 7/31/18 | | Hazard Ins | -173.59 | 0.00 | 0.00 | -173.59 | 0.00 | 0.00 | | | | |
| 7/2/18 | | Hazard Ins | -173.59 | 0.00 | 0.00 | -173.59 | 0.00 | 0.00 | | | | |
| 5/30/18 | | Hazard Ins | -173.59 | 0.00 | 0.00 | -173.59 | 0.00 | 0.00 | | | | |
| 5/4/18 | | Hazard Ins | -173.59 | 0.00 | 0.00 | -173.59 | 0.00 | 0.00 | | | | |
| 4/10/18 | | Hazard Ins | -173.59 | 0.00 | 0.00 | -173.59 | 0.00 | 0.00 | | | | |
| 2/28/18 | | Hazard Ins | -127.26 | 0.00 | 0.00 | -127.26 | 0.00 | 0.00 | | | | |
| 1/30/18 | | Hazard Ins | -127.34 | 0.00 | 0.00 | -127.34 | 0.00 | 0.00 | | | | |
| 1/4/18 | | Hazard Ins | -127.34 | 0.00 | 0.00 | -127.34 | 0.00 | 0.00 | | | | |
| 12/8/17 | | Irrigation | -303.54 | 0.00 | 0.00 | -303.54 | 0.00 | 0.00 | | | | |
| 12/8/17 | | County Tax | -9.73 | 0.00 | 0.00 | -9.73 | 0.00 | 0.00 | | | | |
| 11/24/17 | | Hazard Ins | -127.34 | 0.00 | 0.00 | -127.34 | 0.00 | 0.00 | | | | |
| 10/31/17 | | Hazard Ins | -127.34 | 0.00 | 0.00 | -127.34 | 0.00 | 0.00 | | | | |
| 10/2/17 | | Hazard Ins | -127.34 | 0.00 | 0.00 | -127.34 | 0.00 | 0.00 | | | | |
| 8/30/17 | | Hazard Ins | -127.34 | 0.00 | 0.00 | -127.34 | 0.00 | 0.00 | | | | |
| 8/1/17 | | Hazard Ins | -127.34 | 0.00 | 0.00 | -127.34 | 0.00 | 0.00 | | | | |
| 6/30/17 | | Hazard Ins | -127.34 | 0.00 | 0.00 | -127.34 | 0.00 | 0.00 | | | | |
| 6/6/17 | | Hazard Ins | -382.02 | 0.00 | 0.00 | -382.02 | 0.00 | 0.00 | | | | |
| 2/22/17 | | Hazard Ins | -16.70 | 0.00 | 0.00 | -16.70 | 0.00 | 0.00 | | | | |
| 2/16/17 | | Hazard Ins | -1,549.31 | 0.00 | 0.00 | -1,549.31 | 0.00 | 0.00 | | | | |
| 1/13/17 | | Hazard Ins | -119.59 | 0.00 | 0.00 | -119.59 | 0.00 | 0.00 | | | | |
| 12/28/16 | | Irrigation | -270.40 | 0.00 | 0.00 | -270.40 | 0.00 | 0.00 | | | | |
| 12/19/16 | | County Tax | -5.59 | 0.00 | 0.00 | -5.59 | 0.00 | 0.00 | | | | |
| 12/13/16 | | Hazard Ins | -119.59 | 0.00 | 0.00 | -119.59 | 0.00 | 0.00 | | | | |
| 11/15/16 | | Hazard Ins | -119.59 | 0.00 | 0.00 | -119.59 | 0.00 | 0.00 | | | | |
| 10/13/16 | | Hazard Ins | -119.59 | 0.00 | 0.00 | -119.59 | 0.00 | 0.00 | | | | |
| 9/13/16 | | Hazard Ins | -119.59 | 0.00 | 0.00 | -119.59 | 0.00 | 0.00 | | | | |
| 8/15/16 | | Hazard Ins | -119.59 | 0.00 | 0.00 | -119.59 | 0.00 | 0.00 | | | | |
| 7/22/16 | | Hazard Ins | -119.59 | 0.00 | 0.00 | -119.59 | 0.00 | 0.00 | | | | |
| 4/4/16 | | County Tax | -244.32 | 0.00 | 0.00 | -244.32 | 0.00 | 0.00 | | | | |
| 1/5/16 | | Misc | 0.00 | 0.00 | 0.00 | -244.32 | 0.00 | 0.00 | | | | |
| 12/29/15 | | County Tax | 0.00 | 0.00 | 0.00 | -2.35 | 0.00 | 0.00 | | | | |
| **Total** | | | **-32,448.32** | **0.00** | **0.00** | **20,553.64** | **0.00** | **0.00** | | | | |

## Corporate Advances

| Tran Date | Reason code description | Amount |
|---|---|---|
| 7/12/2022 | PROP INSPECTION | 13.00 |
| 6/3/2022 | PROP INSPECTION | 13.00 |
| 4/20/2022 | PROP INSPECTION | 13.00 |
| 3/22/2022 | PROP INSPECTION | 13.00 |
| 2/23/2022 | PROP INSPECTION | 13.00 |
| 1/27/2022 | PROP INSPECTION | 13.00 |
| 12/11/2021 | PROP INSPECTION | 13.00 |
| 11/30/2021 | PROP INSPECTION | 13.00 |
| 10/25/2021 | LITIGATION FEE | 1,705.00 |
| 10/19/2021 | PROP INSPECTION | 13.00 |
| 9/23/2021 | PROP INSPECTION | 13.00 |
| 8/23/2021 | PROP INSPECTION | 13.00 |
| 7/26/2021 | PROP INSPECTION | 13.00 |

# SELENE FINANCE

## Corporate Advances

| Tran Date | Reason code description | Amount |
|---|---|---|
| 6/30/2021 | PROP INSPECTION | 13.00 |
| 5/24/2021 | PROP INSPECTION | 13.00 |
| 4/27/2021 | PROP INSPECTION | 13.00 |
| 3/29/2021 | PROCESS | 6.25 |
| 3/29/2021 | POSTAGE CHRGS | 12.50 |
| 3/29/2021 | FC ATTY. FEES | 300.00 |
| 3/29/2021 | FC ATTY. FEES | 900.00 |
| 3/10/2021 | OTHER | (10.50) |
| 3/10/2021 | OTHER | (2.50) |
| 3/10/2021 | PROP INSPECTION | 13.00 |
| 3/8/2021 | PROP INSPECTION | 13.00 |
| 2/13/2021 | TAXES | 6.19 |
| 2/13/2021 | LTE/UPDTE TITLE | 75.00 |
| 2/10/2021 | PROP INSPECTION | 13.00 |
| 1/9/2021 | PROP INSPECTION | 13.00 |
| 12/17/2020 | OTHER | (218.34) |
| 12/10/2020 | LITIGATION FEE | 218.34 |
| 12/8/2020 | PROP INSPECTION | 13.00 |
| 12/1/2020 | TAXES | 13.61 |
| 12/1/2020 | TITLE SEARCH | 165.00 |
| 11/21/2020 | LITIGATION FEE | 218.34 |
| 11/3/2020 | PROP INSPECTION | 13.00 |
| 10/13/2020 | PROP INSPECTION | 13.00 |
| 9/2/2020 | PROP INSPECTION | 15.00 |
| 8/4/2020 | PROP INSPECTION | 15.00 |
| 7/3/2020 | PROP INSPECTION | 15.00 |
| 6/6/2020 | PROP INSPECTION | 15.00 |
| 4/9/2020 | PROP INSPECTION | 15.00 |
| 3/25/2020 | LITIGATION FEE | 215.00 |
| 3/17/2020 | PROP INSPECTION | 15.00 |
| 2/18/2020 | PROP INSPECTION | 15.00 |
| 1/14/2020 | PROP INSPECTION | 10.50 |
| 12/11/2019 | PROP INSPECTION | 10.50 |
| 12/7/2019 | NOTICE OF SALE | 709.12 |
| 11/13/2019 | PROP INSPECTION | 10.50 |
| 10/18/2019 | PROP INSPECTION | 10.50 |
| 10/16/2019 | POSTAGE CHRGS | 8.00 |
| 9/21/2019 | PROP INSPECTION | 10.50 |
| 8/13/2019 | PROP INSPECTION | 10.50 |
| 7/19/2019 | PROP INSPECTION | 10.50 |
| 6/15/2019 | PROP INSPECTION | 10.50 |
| 5/16/2019 | PROP INSPECTION | 10.50 |
| 4/16/2019 | PROP INSPECTION | 10.50 |
| 3/23/2019 | PROP INSPECTION | 10.50 |
| 3/23/2019 | PROP INSPECTION | 10.50 |
| 3/23/2019 | PROP INSPECTION | 10.50 |
| 3/15/2019 | PROP INSPECTION | 10.50 |
| 2/21/2019 | PROP INSPECTION | 10.50 |
| 2/21/2019 | PROP INSPECTION | 10.50 |

Loan Number: ▓▓▓▓
Run Date: 7/13/2022

**SELENE FINANCE**

## Corporate Advances

| Tran Date | Reason code description | Amount |
|---|---|---|
| 1/18/2019 | PROP INSPECTION | 10.50 |
| 1/18/2019 | PROP INSPECTION | 10.50 |
| 9/10/2018 | OTHER | 1,947.21 |

Loan Number: 
Run Date: 7/13/2022