United States District Court
Southern District of Texas
**ENTERED**
June 14, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LEEROY M. MYERS, *ET AL.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-16-1053 |
| | § | |
| DITECH FINANCIAL LLC, *ET AL.*, | § | |
| *Defendants*. | § | |

**FINAL JUDGMENT**

In accordance with the summary judgment order issued this day, it is hereby

ORDERED that plaintiffs take nothing on their claims against Ditech Financial, L.L.C. and Fannie Mae. Plaintiffs' claims in this case are dismissed with prejudice. This is a final judgment.

Signed at Houston, Texas on June 14, 2017.

Stephen Wm Smith
United States Magistrate Judge