## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,** | § § § § § § | |
| **Plaintiff** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 22-88** |
| **LEEROY M. MYERS and BARBARA MYERS,** | § § § | |
| **Defendants** | § § | |

### DEFENDANTS' MOTION TO RESET SUMMARY JUDGMENT RESPONSE DEADLINE and TO AMEND THE SCHEDULING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendants seek to reset the deadline to respond to the Plaintiff's Motion for Summary Judgment [Doc. 28] from February13, 2023 to February 27, 2023 and reset the trial date from April 24, 2023, to July 31, 2023.

1. The Defendants' Rule 12 motions [Doc. 22] were filed on September 14, 2022.

2. Had they been granted then there would have been no need for the Defendants to file an Answer or any other pleadings.

3. They were denied at the January 27, 2023, telephonic hearing without a signed order. That denial started the timetable for the filing of the Answer.

**The Response Date to the Motion for Summary Judgment**

4.      Four days earlier, on January 23, 2023, the last day for dispositive motions

under the Docket Control Order [Doc. 21], the Plaintiff filed its Motion for

Summary Judgment. Doc. 28.

5.      The response date is February 13, 2023.  The Defendants seek an extension of

that deadline to February 27, 2023 so that an Answer can be filed first.

**Amendment to the Scheduling Order**

6.      The expired deadlines in the Scheduling / Docket Control Order [Doc. 12]

deny the Defendants the opportunity to conduct discovery or file their own

dispositive motion.  The clerk has said that a July 31, 2023, trial setting is

available.

7.      That date or a later one is acceptable to Defendants.

8.      The Defendants seek a reset of the deadlines in the Scheduling / Docket

Control Order as follows:

| | |
|---|---|
| Add New Parties, Amend Pleadings | 5/1/2023 |
| Plaintiff's Expert Witnesses | 2/20/2023 |
| Defendants' Expert Witnesses | 3/20/2023 |
| Discovery completion | 4/17/2023 |
| Dispositive and Non-Dispositive motions | 5/1/2023 |

*WILMINGTON SAVINGS V. MYERS* – Defendants' Motions For Extension - Page 2

Joint Pretrial Order and Motions in Limine          7/24/2023

Trial will begin at 9:00 A.M.                                 7/31/2023

**The Plaintiff is Opposed**

9.    When asked about an extension for the Motion for Summary Judgment response on January 27, 2023, before the hearing, Plaintiff's counsel wrote "We would normally agree to an extension but the scheduling order in this case does not give us much time before trial to allow for extensions."

10.   Asked again after the hearing, when told there would be a request to amend the scheduling deadlines and reset the trial to the available July 31, 2023, date, the opposition  did not change.  "We are opposed. You may not file this motion as agreed."

**PRAYER**

Mr. and Mrs. Myers pray that the response deadline for the Plaintiff's Motion for Summary Judgment be reset to Monday, February 27, 2023 and the deadlines in the Scheduling Order be reset to reflect a trial date of July 31, 2023, or such later date on which the parties can agree, and that they be granted any other relief to which they are entitled, at law or in equity.

Respectfully submitted,

 /s/ Ira D. Joffe

*WILMINGTON SAVINGS V. MYERS* – Defendants' Motions For Extension - Page 3

Ira D. Joffe
State Bar No. 10669900
Attorney for Defendants
6750 West Loop South
Suite 920
Bellaire, TX 77401
(713) 661-9898
(888) 335-1060 Fax
ira.joffe@gmail.com