# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,** | § § § § § § | |
| **Plaintiff** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 22-88** |
| **LEEROY M. MYERS and BARBARA MYERS,** | § § § | |
| **Defendants** | § § | |

## ORDER RESETTING SUMMARY JUDGMENT DEADLINE AND AMENDING SCHEDULING ORDER

The Defendants' Motion to Reset Summary Judgment Response Deadline and to Amend the Scheduling Order is granted.

The deadline for the Defendants to respond to the Plaintiff's Motion for Summary Judgment is reset from February 13, 2023, to February 27, 2023.

The Clerk will issue an Amended Scheduling/Docketing Control Order incorporating the following deadlines:

1.     (a)    Add New Parties                   5/1/2023

           (b)    Amend Pleadings               5/1/2023

2.     Plaintiff's Expert Witnesses          2/20/2023

3.      Defendants' Expert Witnesses                          3/20/2023

4.      Discovery completion                                  4/17/2023

5.      Dispositive and Non-Dispositive motions              5/1/2023

6.      Joint Pretrial Order and Motions in Limine           7/24/2023

7       Trial will begin at 9:00 A.M.                        7/31/2023


_____                    _____

Date                                             Keith P. Ellison
                                                 United States District Judge