2015-65145 / Court: 151

# EXHIBIT D



green tree
S98637930 551
Green Tree Servicing LLC

Tempe
7360 South Kyrene Rd
Tempe, AZ 85283-4583



USPS CERTIFIED MAIL ™

9314 8200 1910 0012 6527 18

✦ 0533169 000002070 096004 0063375
LEEROY MYERS
12215 CAROLA FOREST DR
HOUSTON TX 77044-5023



DEFENDANTS' EXHIBIT 4 -- PAGE 2

Green Tree Servicing LLC
1-800-643-0202
1400 Turbine Drive Suite #200
Rapid City, SD 57703

relationships that work
**green tree**

Certified Mail Receipt No. 9314 8200 1910 0012 6527 18

LEEROY MYERS
12215 CAROLA FOREST DR
HOUSTON TX 77044-5023

Date of Notice: 01/13/2015

RE: Loan No:

Creditor:   Green Tree Servicing LLC

Credit Transaction: Loan Secured by Real Property

Dear Borrower:

You are now in default on the above-referenced credit transaction. You have the right to correct this default within thirty (30) days from the date of this Notice.

If you cure the default, you may continue with the contract as though you did not default.

Your default consists of: __Failure to submit your monthly payments due 07/01/2009 through 01/01/2015.__

Cure of default: Within thirty (30) days from the date of this notice you may cure your default by sending the total amount of $51,665.88 or you may cure your default by completing a modification or repayment agreement arranged through Green Tree Servicing LLC ("Green Tree") by contacting the Collection Department at the above-referenced address.

Creditor's Rights: If you do not cure your default in the time allowed by taking action as stated above, the creditor may exercise any or all of our remedies provided by law and in your Note. These remedies may include foreclosure on the real property securing the loan. You may be held personally liable under state law, if any, for any deficiency balance not realized from the sale of the property.

If you fail to cure the default within 30 days from the date of this notice, the maturity of this loan is accelerated and full payment of all amounts due under the loan agreement is required without further notice from us. Please review your mortgage or deed of trust for any right you may have to reinstate your loan after acceleration but prior to the earlier of (a) five days before the sale of the property under any power of sale in the Security Instrument or (b) entry of judgment enforcing the Security Instrument, by paying the Creditor all sums then due as if no acceleration had occurred. You may also have the right to assert in the foreclosure proceeding the non-existence of a default or any other defense available to you.

If this default is not cured, Green Tree will report the defaulted loan to any appropriate credit reporting agency.

If you have any questions, contact Green Tree at 1-800-643-0202 (phone) or 1-866-870-9919 (fax) Monday through Friday between the hours of 8:00 a.m. and 6:00 p.m. Central Time. You may also contact Green Tree in writing at the above-referenced address.

If this default was caused by your failure to make payments, and you want to pay by mail, send a certified check, money order or cashier's check. DO NOT SEND CASH.

If you are unable to cure the default due to an involuntary loss of employment or other reason, counseling assistance may be available to you from certain agencies that are HUD-approved mortgage counseling agencies. You may contact us to get the name of the mortgage counseling agency that is closest to you.

**Please see reverse side for important information**

DEFENDANTS' EXHIBIT 4 -- PAGE 3

Assert and protect your rights as a member of the armed forces of the United States. **If you or your spouse is serving in active military duty, including active military duty as a member of the Texas National Guard, the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

Sincerely,

Green Tree

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

USPS.com® - USPS Tracking™                                                     Page 1 of 2

English      Customer Service      USPS Mobile                                    Register / Sign In

# ≊USPS.COM

Search or Enter a Tracking Number

| Quick Tools | Mail & Ship | Track & Manage | Postal Store | Business | International | Help |

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 9314820019100012652718

## Product & Tracking Information

| Postal Product: | Extra Svc: |
| First-Class Mail® | Certified Mail™ |

| January 17, 2015 , 12:25 pm | Delivered | HOUSTON, TX 77044 |

Your item was delivered at 12:25 pm on January 17, 2015 in HOUSTON, TX 77044.

| January 16, 2015 , 5:46 pm | Departed USPS Facility | HOUSTON, TX 77201 |
| January 16, 2015 , 9:59 am | Arrived at USPS Facility | HOUSTON, TX 77201 |
| January 13, 2015 , 11:45 pm | Arrived at USPS Origin Facility | BIRMINGHAM, AL 35203 |
| January 13, 2015 , 10:45 pm | Accepted at USPS Facility | BIRMINGHAM, AL 35203 |

## Available Actions

Return Receipt Electronic

## Track Another Package

Tracking (or receipt) number

[                                                    ]   Track It

HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION
Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy
Site Index | Newsroom | Postal Inspectors | Terms of Use
FAQs | USPS Service Updates | Inspector General | FOIA
| Forms & Publications | Postal Explorer | No FEAR Act EEO Data
| Government Services | National Postal Museum |
| Careers | Resources for Developers |

Copyright © 2015 USPS. All Rights Reserved.

DEFENDANTS' EXHIBIT 4 PAGE 5

USPS.com® - USPS Tracking™

Search or Enter a Tracking Number

DEFENDANTS' EXHIBIT 40-9 PAGE 56