## ASSIGNMENTS CHRONOLOGICALLY

| DATE SIGNED | DATE EFFECTIVE | NOTES |
|---|---|---|
| signature is not dated | 2004_04_07 | Plaintiff's Exhibit 4<br>Assumed Name Certificate for New Century Mortgage Corporation acting as Home 123 Corporation |
| 2006_03_27 | | Plaintiff's Exhibit 1<br>Home Equity Note with Leeroy Myers as borrower and Home 123 Corporation as lender |
| 2006_03_27 | | Plaintiff's Exhibit 2<br>Texas Home Equity Security Instrument (First Lien) – the Deed of Trust, from Leeroy M. Myers and Barbara C. Myers to Home 123 Corporation |
| 2008_03_19 | | Notice of Rejection in the New Century bankruptcy rejecting contracts with Mortgage Electronic Registration Systems, Inc. ("MERS") |
| 2008_03_29 | | Effective date of the rejection, ten days after the Notice. |
| 2008_04_17 | | Plaintiff's Exhibit 5<br>New Century Mortgage Corporation assigned Deed of Trust to Mortgage Electronic Registration Systems, Inc. ("MERS") This is after the court approved contractual rejection notice and there is no document authorizing it. |

| DATE SIGNED | DATE EFFECTIVE | NOTES |
|---|---|---|
| 2008_04_17 | 2019_05_07 This is just a re-recording of the same document eleven years later | Plaintiff's Exhibit 6 New Century Mortgage Corporation assigned Deed of Trust to MERS. Re-recording the same document did not cure its defects |
| 2009_11_02 | 2009_09_22 | Plaintiff's Exhibit 7 MERS assigned Note and Deed of Trust to Litton Loan Servicing, LP |
| 2011_01_26 |  | Plaintiff's Exhibit 10 Assignment of Deed of Trust from Litton to Green Tree Servicing, LLC |
| 2011_06_21 | 2009_11_02 | Plaintiff's Exhibit 8 Corrective Assignment of Deed of Trust from MERS to Litton. Says it fixes the problems in the one "recorded on 11/12/2009." That is Plaintiff's Exhibit 7. |
| 2018_09_19 | 2011_07_21 | Plaintiff's Exhibit 11 Assignment of Deed of Trust by Ditech f/k/a Green Tree to Wilmington. Not in the title but it also includes "together with certain note(s) described therein." |
| 2018_10_24 |  | Plaintiff's Exhibit 9 Corrective Assignment of Deed of Trust from MERS to Litton "to correct and replace the Assignment recorded on 07/21/2011." |