7/13/2011
To Mr. IRA JOFFE
1-888-335-1060
From Roy MIEM

# NOTICE

7/13/2011 This property was found to be VACANT.

If you are occupying this property please call IMMEDIATELY.

Received
7/27/2011

**586-772-7600**

If our office is not contacted within 24 Hours this property will be preserved (Lock changed & winterized) in the best interest of the homeowner as well as the mortgagee.

ATT: Michele Hanlon
Kathy LaPine

# NOTICE

7/13/2011 This property was found to be VACANT.

If you are occupying this property please call IMMEDIATELY.

**586-772-7600**

If our office is not contacted within 24 Hours this property will be preserved (Lock changed & winterized) in the best interest of the homeowner as well as the mortgagee.

Fax # 586-772-0341
Fax # 586-447-5855

DEFENDANTS' EXHIBIT 8