Filed 10 August 3 P12:04
Loren Jackson - District Clerk
Harris County
ED101J015893725
By: Cristina Alarcon

Cause No. 2010-36072

| | | |
|---|---|---|
| In re: Order for Foreclosure Concerning | § § § | IN THE DISTRICT COURT OF |
| Barbara C. Myers and Leeroy M. Myers ("Respondent[s]") | § § § § | |
| and | § § | |
| 12215 Carola Forest Drive, Houston, TX 77044 ("Property Mailing Address") | § § § § | HARRIS COUNTY, TEXAS |
| and | § § | |
| Litton Loan Servicing, LP ("Applicant") | § § § | 129th JUDICIAL DISTRICT |

P-2
5E
DC
SALPX

## HOME EQUITY FORECLOSURE ORDER

On this date the Court considered the TEX. R. CIV. P. 736 home equity foreclosure application ("Application") of Litton Loan Servicing, LP, its successors or assigns ("Applicant"). The Court has determined that it has jurisdiction over the subject matter and the parties in this proceeding. The Court finds that the mailing address of the real property and improvements ("Property") sought to be foreclosed is 12215 Carola Forest Drive, Houston, TX 77044, and is more particularly described as:

> LOT NINETEEN (19), IN BLOCK EIGHT (8), OF REPLAT OF KINGS LAKE FOREST, SECTION ONE (1), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 279, PAGE 64 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

The Court further finds that this is an *in rem* proceeding; that the Application complies with TEX. R. CIV. P. 735 and 736; that, in accordance with Rule 736(2)(A) and (B), a copy of the required Notice with Certificate of Service has been on file with the Clerk of the Court for at least (10) day, exclusive of the date of filing; that the Applicant has proved the elements of Rule

HOME EQUITY FORECLOSURE ORDER, Page 1
H:\JEFFH\CLIENTS\LITTON\MYERS
BDF NO. 20090195402256

RECORDER'S MEMORA,
This instrument is of poo:
at the time of imaging

DEFENDANTS' EXHIBIT 1 -- PAGE 1

736(1)(E); that Applicant has appointed Rex Kesler, T. Reder, J. Follis or N. Sanchez or their successor as the Substitute Trustee to conduct the foreclosure contemplated by this proceeding; and that Applicant may proceed with foreclosure of the secured Property according to the terms of the security instrument, TEX. PROP. CODE §51.002, and applicable law in accordance with Rule 736(5).

IT IS THEREFORE ORDERED that:

The Applicant may proceed with a foreclosure sale under the terms of the security instrument, Tex. Prop. Code §51.002, and applicable law with respect to the secured Property made the subject of this proceeding. *however, the foreclosure sale may not occur before the February 2011 sale date.*

A copy of this Order shall be sent to Respondent with the notice of the date, time and place of the foreclosure sale.

Applicant may communicate with the Respondent and all third parties reasonably necessary to conduct the foreclosure sale.

If Respondent is represented by counsel, the notice of foreclosure sale shall also be mailed to counsel by certified mail.

The Applicant shall file a certified copy of this Order in the real property records of the county where the Property is located within (10) business days after the entry of this Order; however, failure to timely record this Order shall not affect the validity of the foreclosure and defeat the presumption of TEX. CONST. ART. XVI §50(i).

This Order is not appealable pursuant to Rule 736(8)(A).

Signed this 27 day of September, 2010

_____
JUDGE PRESIDING

HOME EQUITY FORECLOSURE ORDER, Page 2
H:\JEFFH\CLIENTS\LITTON\MYERS
BDF NO. 20090195402256