

**Barbara Myers**
12215 Carola Forest Dr
Houston, Texas 77044
(832) 748-0102

**J&K New Construction and Remodeling svcs**
14519 meyersville dr
Houston, Texas 77049
Phone: (713) 551-1165
Email: americogonzalez94@yahoo.com

| | |
|---|---|
| Payment Terms | Due upon receipt |
| Invoice # | 000042 |
| Date | 08/07/2018 |

| Description | Total |
|---|---|
| **Sheetrock** <br> Tape, float, texture and paint all new sheetrock installed due to hurricane Harvey flooding. | $6,900.00 |
| **A/C Unit** <br> New 4 ton carrier a/c unit and furnace. | $5,750.00 |
| **Furniture** <br> Cover and move furniture to protect from work bring performed. | $1,150.00 |
| **Door** <br> Install new 6 panel door for master bedroom. | $345.00 |

| | |
|---|---|
| Subtotal | $14,145.00 |
| Total | $14,145.00 |

**Notes:**
All materials included with bid.

DEFENDANTS' EXHIBIT 9