**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Wilmington Savings Fund Society, FSB
   *Plaintiff(s),*

v.                                                   Case No. 4:22−cv−00088

Leeroy M. Myers , et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Motion for Summary Judgment − #28

DATE:  **6/2/2023**

TIME:  **03:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN−PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                            Date: May 17, 2023

By Deputy Clerk, A. Rivera