**selene**
P.O. Box 8619
Philadelphia, PA 19101-8619

*Mortgage Statement*
Statement Date: 04/03/2023

If you have questions or concerns about your statement or account, please contact us at (877) 735-3637 between the hours of 8:00 am to 9:00 pm Monday through Thursday and 8:00 am to 5:00 pm Friday CT or you can contact us at www.selenefinance.com.

Hearing Impaired call 711 or (800) 735-2989.

| | |
|---|---|
| Account Number | 0687 |
| Payment Due Date | 05/01/23 |
| **Amount Due** | **$112,136.52** |

S-755-87354-0000089-001-1-011-010-000-000

IRA D. JOFFE
6750 WEST LOOP S STE 920
BELLAIRE TX 77401-4117

Property Address:  12215  CAROLA FOREST D
                   HOUSTON TX 77044

### Account Information
| | |
|---|---|
| Outstanding Principal Balance* | $43,529.12 |
| Interest Rate | 7.46500% |
| Prepayment Penalty | No |

*This is the principal balance only, not the amount required to pay your account in full.

### Explanation of Amount Due
| | |
|---|---|
| Principal | $43,529.12 |
| Interest | $22,146.24 |
| Escrow (For Taxes and/or Insurance) | $26,733.17 |
| Total Late Fees and Other Charges | $19,727.99 |
| Unapplied Balance | $0.00 |
| **Total Amount Due** | **$112,136.52** |

### Additional Information
Our records show that your loan has reached its contractual maturity date. Under the terms of the loan documents, the entire outstanding balance is due and payable.

If you are Experiencing Financial Difficulty: See back for information about mortgage counseling assistance.

### Past Payments Breakdown
| | Paid Last Cycle | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Late Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Important Messages
Our records indicate that the first legal action or filing towards Foreclosure proceedings was completed on 01/10/2022. Your loan has reached its maturity date. Please contact our Customer Service Department and request a payoff quote.

### Transaction Activity (03/04/2023 - 04/03/2023)

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OPTIONAL | LATE CHARGES | FEES/OTHER | SUSPENSE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 03-07-2023 | Corp Advanced Fee Collected | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $225.69 | $0.00 | $225.69 |
| 03-07-2023 | Process Server | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $209.66 | $0.00 | $209.66 |
| 03-28-2023 | Process Server | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $495.00 | $0.00 | $495.00 |
| 04-03-2023 | Property Insurance | $0.00 | $0.00 | $145.39 | $0.00 | $0.00 | $0.00 | $0.00 | $145.39 |

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**selene**

LEEROY MYERS

☐ Please check here if address, phone # or email change is indicated on reverse side.

SELENE FINANCE
PO BOX 71243
PHILADELPHIA, PA 19176-6243

| Account Number: | 0007030687 |
|---|---|
| **Total Amount Due** | |
| Due By 05/01/23: | $112,136.52 |
| Total Amount Enclosed | $ |

0007030687  0063343  0063343B

DEFENDANTS' EXHIBIT 11 -- PAGE 1

**TELEPHONE SERVICES & MAILING ADDRESSES**
Visit our Website at www.selenefinance.com

Access your account information online! Go to www.selenefinance.com then click on the "Access Your Account" option. Have your loan number and social security number with you, so you are ready to enroll.
To find a HUD-approved housing counseling agency in your area call (800) 569-4287 or go to www.HUD.gov or www.consumerfinance.gov/mortgagehelp/

## Payment and Correspondence Addresses

**Payments and Bill Pay Services**
Selene Finance LP
ATTN: Cashiering Department
P.O. Box 71243
Philadelphia, PA 19176-6243

**Payments Sent Overnight or Certified Mail Payments**
FIS Lockbox
Attention: Selene Finance Lockbox Processing
100 Grove Road, Suite 6
W. Deptford, NJ 08066
*Please include your loan number on the check or money order

**Payoff Checks Sent Overnight**
Selene Finance, LP
Attention: Cashiering Department
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

**Insurance Department** (For Providing Hazard, Property, & Flood Documentation)
Selene Finance LP
P.O. Box 461470
San Antonio, TX 78246
Tel: (855) 318-1034
Fax: (866) 816-5837

**Insurance Claims Department**
(For Processing Loss Draft Claims)
Selene Finance LP
P.O. Box 692396
San Antonio, TX 78269-2396
Tel: (855) 314-0056
Fax: (866) 557-2063
Physical Address:
4500 Lockhill Selma
San Antonio, TX 78249

**Property Taxes**
Selene Finance LP #11740
Attn: Tax Department
P.O. Box 9217
Coppell, TX 75019
Tel: (877) 735-3637
Fax: (817) 826-0109

**Overnight Mail Address**
Selene Finance LP
Attention: Customer Service Department
3501 Olympus Blvd, Suite 500
Dallas, TX 75019
Tel: (877) 735-3637
Fax: (866) 926-5496
Hearing Impaired:
Dial 711 or (800) 735-2989

**Customer Service Research**
A Notice of Error, Request for Information or Qualified Written Request is a request to research and correct an error regarding the servicing of your mortgage, or to request specific information on your account. When submitting any of these requests to Selene, you must clearly identify the borrower name, account number, the specific error or information requested, and send to the following designated address.

Selene Finance, LP
ATTN: Customer Service Research
P. O. Box 8279
Philadelphia, PA 19101-8279

## IMPORTANT PAYMENT INFORMATION

You may make payments for no fee by mail, the ACH program, or online at www.selenefinance.com.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic transfer from your account or to process the payment as a check transaction.

ACH (Automated Payments) -- Payments can be automatically drafted from your bank account on a monthly basis saving you time and money! Please contact our Customer Service Department to have an application mailed to you.

If you are currently enrolled in the ACH program and choose to opt out or have inquiries please contact Customer Service at (877) 735-3637.

Avoid late charges by making payments for the exact amount on or before the due date. Postal delays do not constitute a waiver of late charges; therefore, please allow 7-10 days for delivery. If a payment is paid after the due date and any applicable grace period, please include late charges with the payment.

If using overnight mail, payments must be received by 2:00 p.m., CT, Monday - Friday (excluding holidays).

If for any reason you are unable to make a payment when it is due, please contact Customer Service at the number listed above.

## IMPORTANT INFORMATION

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Bankruptcy:** Please note, however that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally. If you wish to change whether you receive these statements, you may do so by sending us a written request that indicates your desired change to the above address for Customer Service Research, or you may fax us at (866) 926-5496, or email us at CustomerService@selenefinance.com.

**Credit Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Confirmed Successors in Interest:** If you are a confirmed successor in interest to this mortgage, unless and until you assume the mortgage loan obligation under State law, this communication is not an attempt to collect the debt from you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.

**For Properties Located in Texas:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING. 2601 NORTH LAMAR SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550.

**For Properties Located in New York:** Selene Finance LP is registered with the Superintendent. You may file complaints about the Servicer with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.
Selene Finance LP is a Debt Collection Agency with license number 2003643 issued by the New York City Department of Consumer Affairs.
Selene Finance LP uses third-party providers to facilitate the servicing of your mortgage. Selene Finance remains responsible for all actions taken by our third-party providers.

**For Properties Located in Colorado:** Colorado Office Location: 7200 S ALTON WAY STE B150, Centennial, CO 80112. Colorado Phone Number: (303) 309-3839.

**For Properties Located in Oregon:** Borrowers:
The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at (877) 735-3637 and CustomerService@SeleneFinance.com. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

NMLS #6912

---

### HAS YOUR ADDRESS OR ANY OTHER INFORMATION CHANGED?

IF SO, PLEASE COMPLETE THIS FORM AND CHECK THE ☑ BOX ON THE REVERSE SIDE

Account Number: _____  Name: _____
                                                   First              MI              Last

New Mailing Address: _____
                     Street Address                     City                    State          Zip Code

Home Phone Number: _____  Business Phone Number: _____

Mobile Number: _____  Email Address: _____

DEFENDANTS' EXHIBIT 11 -- PAGE 2