**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB,** §<br>§<br>§<br>*Plaintiff,* §<br>§<br>**v.** §<br>§<br>**LEEROY M. MYERS, ET AL.,** §<br>§<br>§<br>§<br>§<br>§<br>*Defendants.* § | **CASE NO.: 4:22-CV-00088** |

**MOTION TO WITHDRAW**
**RAMONA V. LADWIG AS COUNSEL OF RECORD FOR PLAINTIFF/COUNTER-**
**DEFENDANT**

Counsel for plaintiff/counter-defendant Wilmington Savings Fund Society, FSB, ("Plaintiff/Counter-Defendant") respectfully moves this Court to withdraw Ramona V. Ladwig as counsel of record for Plaintiff/Counter-Defendant in above-captioned matter. In support of this Motion, Counsel for Plaintiff/Counter-Defendant states:

1.      Ramona V. Ladwig is currently listed as counsel for Plaintiff/Counter-Defendant in above matter.

2.      Ramona V. Ladwig has left the employment of McCarthy & Holthus, LLP effective

June 14, 2023.

     3.     Cole David Patton of McCarthy & Holthus, LLP's appearance as lead attorney will remain in effect if further matters arise after the June 22, 2023 closure of the case by the Court.

     **WHEREFORE**, Counsel for Plaintiff/Counter-defendant Wilmington Savings Fund Society, FSB, respectfully requests the Court enter an Order allowing Ramona V. Ladwig to be withdrawn as counsel for Plaintiff/Counter-Defendant from the above-captioned matter. Attorney Cole David Patton will remain as the lead attorney for Plaintiff/Counter-Defendant.

     Respectfully submitted,

**McCARTHY & HOLTHUS, LLP**

/s/ Ramona V. Ladwig
Ramona Ladwig / SBN: 24092659
rladwig@ mccarthyholthus.com
Rob Negrin /SBN 14865550
RNegrin@McCarthyHolthus.com
Cole Patton / SBN: 24037247
Thuy Frazier / SBN: 24088129
Yoshie Valadez / SBN: 24091142
1255 West 15th Street, Suite 1060
Plano, TX 75075
214-291-3800 (Telephone)
214-291-3801 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on July 14, 2023, a true and correct copy of the foregoing document was delivered to the following via ECF consistent with the Federal Rules of Civil Procedure, and thereby served on all parties of record.


*/s/ Ramona Ladwig*
Ramona Ladwig