**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB,** § § § | | |
| *Plaintiff*, § § | | |
| v. § § | | **CASE NO.: 4:22-CV-00088** |
| **LEEROY M. MYERS, ET AL.,** § § § § § § | | |
| *Defendants.* § | | |

**ORDER GRANTING MOTION TO WITHDRAW
RAMONA V. LADWIG AS COUNSEL OF RECORD FOR PLAINTIFF/COUNTER-DEFENDANT**

Counsel for plaintiff/counter-defendant Wilmington Savings Fund Society, FSB, ("Plaintiff/Counter-Defendant"), having filed a motion to withdraw Ramona V. Ladwig as counsel of record for Defendants in this matter, and the Court, having reviewed the Motion and being duly advised of the premises, now GRANTS the Motion.

IT IS THEREFORE ORDERED that the appearance of Ramona V. Ladwig on behalf of Plaintiff/Counter-Defendant in this matter is hereby withdrawn. Cole David Patton of McCarthy & Holthus, LLP will remain as lead counsel in the action.

Signed this _____ day of July, 2023.

                                                                              _____
                                                                              HONORABLE KEITH P. ELLISON
                                                                              UNITED STATES DISTRICT COURT JUDGE