# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB,** § § § | |
| *Plaintiff*, § § § | |
| v. § § | **CASE NO.: 4:22-CV-00088** |
| **LEEROY M. MYERS, ET AL.,** § § § § § § | |
| *Defendants*. § | |

## ORDER

Counsel for plaintiff/counter-defendant Wilmington Savings Fund Society, FSB, ("Plaintiff/Counter-Defendant"), having filed a motion to withdraw Ramona V. Ladwig as counsel of record for Defendants in this matter, and the Court, having reviewed the Motion and being duly advised of the premises, now GRANTS the Motion.

IT IS THEREFORE ORDERED that the appearance of Ramona V. Ladwig on behalf of Plaintiff/Counter-Defendant in this matter is hereby withdrawn. Cole David Patton of McCarthy & Holthus, LLP will remain as lead counsel in the action.

**SIGNED** at Houston, Texas, on this the 14th of July, 2023.

HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE