

For Return Service Only
P.O. Box 8619
Philadelphia, PA 19101-8619

**ADDRESS SERVICE REQUESTED**

11948505
IRA D JOFFE
IRA D. JOFFE, ATTORNEY AT LAW
6750 WEST LOOP SOUTH, SUITE 920
BELLAIRE TX 77401

**MORTGAGE STATEMENT**
Statement Date: June 15, 2023



 Online Information: www.selenefinance.com
Email: customerservice@selenefinance.com
Hours of Operation:
Monday through Thursday 8:00 am to 7:00 pm, CST; Friday 8:00 am to 5:00 pm, CST
Phone: (877) 735-3637
Hearing Impaired: Call 711 or (800) 735-2989
Fax: (866) 926-5496


Payments:
PO Box 71243
Philadelphia, PA 19176-6243

Correspondence:
P.O. Box 8619
Philadelphia, PA 19101-8619

| | |
|---|---|
| Loan Number: | 687 |
| Payment Due Date: | 07/01/2023 |
| Amount Due: | $135,593.28 |

Property Address:
12215 CAROLA FOREST D
HOUSTON, TX 77044

### Account Information

| | |
|---|---|
| Outstanding Principal Balance* | $43,529.12 |
| Interest Rate | 7.465% |
| Prepayment Penalty | No |

*This is the principal balance only, not the amount required to pay your account in full.

### Explanation of Outstanding Balances

| | |
|---|---|
| Principal | $43,529.12 |
| Interest | $45,763.51 |
| Escrow (Taxes and Insurance) | $26,492.66 |
| Total Late Fees and Other Charges | $624.50 |
| Deferred Balance | $0.00 |
| Recoverable Advance(s) | $19,183.49 |
| Unapplied Balance | ($0.00) |
| **Total Amount Due** | **$135,593.28** |

### Transaction Activity (05/04/23 - 06/15/23)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Late Fees/Other Charges | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| No transactions have occurred on your loan between the last billing statement and this statement date. | | | | | | | | |

### Special Messages

Our records show that your loan has reached its contractual maturity date. Under the terms of the loan documents, the entire outstanding balance is due and payable.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Tax and Insurance) | $0.00 | $0.00 |
| Other Monthly Amount | $0.00 | $0.00 |
| Late Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

### Important Messages

If you are experiencing financial difficulty: See back for information about mortgage counseling assistance.

---

Please detach and return with your payment

### Amount Due

| | |
|---|---|
| Loan Number | 0687 |
| Borrower | LEROY MYERS |
| Co-Borrower | |
| Payment Due Date | 07/01/2023 |
| Total Amount Due | $135,593.28 |

☐ Please check here if address, phone # or email change is indicated on reverse side.



PO Box 71243
Philadelphia, PA 19176-6243

Please write your loan number on your check or money order.

### PAYMENT COUPON

| | |
|---|---|
| Total Amount Due | $135,593.28 |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Enclosed | $ |

DEFENDANT'S EXHIBIT 12 — PAGE 1

## TELEPHONE SERVICES & MAILING ADDRESSES
Visit our Website at www.selenefinance.com

Access your account information online! Go to www.selenefinance.com then click on the "Access Your Account" option. Have your loan number and social security number with you, so you are ready to enroll. To find a HUD-approved housing counseling agency in your area call (800) 569-4287 or go to www.HUD.gov or www.consumerfinance.gov/mortgagehelp

### Payment and Correspondence Addresses

**Payments and Bill Pay Services**
Selene Finance LP
P. O. Box 71243
Philadelphia, PA 19176-6243

**Payments Sent Overnight or Certified Mail Payments**
FIS Lockbox
Attention: Selene Finance Lockbox Processing
100 Grove Road, Suite 6
W. Deptford, NJ 08066
*Please include your loan number on the check or money order

**Payoff Checks Sent Overnight**
Selene Finance, LP
Attention: Cashiering Department
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

**Insurance Department (For Providing Hazard, Property & Flood Documentation)**
Selene Finance LP
P. O. Box 461470
San Antonio, TX 78246
Tel: (866) 318-1084
Fax: (866) 816-6837

**Insurance Claims Department**
(For Processing Loss Draft Claims)
Selene Finance LP
P. O. Box 692396
San Antonio, TX 78269 – 2396
Tel: (866) 314-0056
Fax: (866) 657-2063
Physical Address:
4500 Lockhill Selma
San Antonio, TX 78249

**Property Taxes**
Selene Finance LP #11740
Attn: Tax Department
P. O. 9217
Coppell, TX 75019
Tel: (877) 735-3637
Fax: (817) 826-0109

**Overnight Mail Address**
Selene Finance LP
Attention: Customer Service Department
3501 Olympus Blvd, Suite 500
Dallas, TX 75019
Tel: (877) 735-3637
Fax: (866) 926-5496
Hearing Impaired:
Dial 711 or (800) 735-2989

**Customer Service Research**

A Notice of Error, Request for Information or Qualified Written Request is a request to research and correct an error regarding the servicing of your mortgage, or to request specific information on your account. When submitting any of these requests to Selene, you must clearly identify the borrower name, account number, the specific error or information requested, and send to the following designated address.

Selene Finance, LP
ATTN: Customer Service Research
P. O. Box 8279
Philadelphia, PA 19101-8279

### IMPORTANT PAYMENT INFORMATION

You may make payments for no fee by mail, the ACH program, or online at www.selenefinance.com.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic transfer from your account or to process the payment as a check transaction.

ACH (Automated Payments) – Payments can be automatically drafted from your bank account on a monthly basis saving you time and money! Please contact our Customer Service Department to have an application mailed to you.

If you are currently enrolled in the ACH program and choose to opt out or have inquiries please contact Customer Service at (877) 735-3637.

Avoid late charges by making payments for the exact amount on or before the due date. Postal delays do not constitute a waiver of late charges; therefore, please allow 7-10 days for delivery. If your payment is paid after the due date and any applicable grace period, please include the late charge with your payment.

If using overnight mail, your payment must be received by 2:00 p.m., CT, Monday – Friday (excluding holidays).

If for any reason you are unable to make a payment when it is due, please contact Customer Service at the number listed above.

### IMPORTANT INFORMATION

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Bankruptcy:** Please note, however that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally. If you wish to change whether you receive these statements, you may do so by sending us a written request that indicates your desired change to the above address for Customer Service Research, or you may fax us at (866) 926-5496, or email us at CustomerService@selenefinance.com.

**Credit Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Confirmed Successors In Interest:** If you are a confirmed successor in interest to this mortgage, unless and until you assume the mortgage loan obligation under State law, this communication is not an attempt to collect the debt from you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

---

NMLS#6312

**HAS YOUR ADDRESS OR ANY OTHER INFORMATION CHANGED?**
IF SO, PLEASE COMPLETE THIS FORM AND CHECK THE BOX ☑ ON THE REVERSE SIDE

Account Number: _____ Name: _____
                                    First       MI

New Mailing Address: _____
        Street Address           City       State

Home Phone Number: _____ Business Phone Number: _____

Mobile Number: _____ Email Address: _____