

**ira joffe <ira.joffe@gmail.com>**

## RE: 4:22-cv-00088 Wilmington Savings Fund Society, FSB v. Myers et al; Civil Action Number: 4:22-cv-00088 / TX-21-78855-JF
2 messages

**Ramona Ladwig** <rladwig@mccarthyholthus.com>  Mon, Jun 13, 2022 at 6:41 PM
To: "Arturo_Rivera@txs.uscourts.gov" <Arturo_Rivera@txs.uscourts.gov>
Cc: ira joffe <ira.joffe@gmail.com>, Cole Patton <CPatton@mccarthyholthus.com>, txidscm <txidscm@mccarthyholthus.com>, Stacie Nakagai <snakagai@mccarthyholthus.com>, Fidelina Timmons <ftimmons@mccarthyholthus.com>

Mr. Rivera,

See attached. We would like to inform the court of what is happening behind the scenes in this case. Unfortunately an attorney, Mr. Ira Joffe, has been sending us numerous letters regarding various questions about this file, about our recent service by mail and statute of limitations defenses. He insists that he represents the defendants here in prior matters but fails to put in a notice of appearance in this case. We have repeatedly told him that, despite his prior representations, we cannot communicate with him on the file until he has made an appearance <u>in this matter</u>. Mr. Joffe refuses to accept this position. He has also refused to waive service in this case despite numerous requests. Yet he still insists on sending us numerous letters with numerous questions about the file. In his fifth letter he asks again for specific names of attorneys on the file who authorized service by mail, presumably so he can file a bar complaint.

Through this email we are letting him know that we do not intend to respond or further engage with him at the risk of breaching client confidentiality, and we will not respond to his fifth letter or any further letters, until he files an appearance on behalf of the defendants in this case.

We ordinarily would not involve the court in this unusual matter, but the tenor of Mr. Joffe's communications is so increasingly alarming that we feel the need to involve the Court to have some oversight into the communications.

Thank you for your attention to this matter.



Ramona V. Ladwig | Senior Litigation Associate | Licensed in TX, FL, and NY

## DEFENDANTS' EXHIBIT 13 -- PAGE 1

McCarthy ♦ Holthus, LLP

1255 W 15th St Ste 1060, Plano, TX 75075

214.291.3781 (main) | 214.984.7551 (cell)

rladwig@mccarthyholthus.com

http://www.mccarthyholthus.com

"Service Second to None"

Offices in: AR | AZ | CA | CO | ID | NV | NM | OR | TX | WA

Should escalation be required, please contact: Cole Patton at cpatton@mccarthyholthus.com.

Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose. The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge.

**From:** ira joffe <ira.joffe@gmail.com>
**Sent:** Monday, June 13, 2022 4:56 PM
**To:** Cole Patton <CPatton@McCarthyHolthus.com>; Ramona Ladwig <rladwig@McCarthyHolthus.com>; txidscm <txidscm@McCarthyHolthus.com>; Stacie Nakagai <snakagai@McCarthyHolthus.com>; Fidelina Timmons <ftimmons@McCarthyHolthus.com>
**Subject:** Wilmington v. Myers - Fifth Notice Package

Please see the attached.

--

Ira D. Joffe, Esq.
6750 West Loop South
Suite 920
Bellaire, (Houston) TX 77401

(713) 661-9898
(888) 335-1060 Fax

**5 attachments**


**2022_06_13 FIFTH NOTICE PACKAGE.pdf**
504K

**2022_06_07 LIMITATIONS HAS EXPIRED.pdf**
264K

## DEFENDANTS' EXHIBIT 13 -- PAGE 2

📄 **2022_06_01 ANSWERS ARE NEEDED.pdf**
273K

📄 **2022_05_27 REQUESTS REPEATED.pdf**
310K

📄 **2022_05_20 CONLFLICTING STORIES.PDF**
315K

---

**Art Rivera** <Arturo_Rivera@txs.uscourts.gov>    Tue, Jun 14, 2022 at 11:00 AM
To: Ramona Ladwig <rladwig@mccarthyholthus.com>
Cc: ira joffe <ira.joffe@gmail.com>, Cole Patton <CPatton@mccarthyholthus.com>, txidscm <txidscm@mccarthyholthus.com>, Stacie Nakagai <snakagai@mccarthyholthus.com>, Fidelina Timmons <ftimmons@mccarthyholthus.com>

Good morning,

The Court advises Mr. Joffe that if he would like to be involved in this case he must file an appearance, and will need to manage his decorum, otherwise there will be consequences.


Arturo A. Rivera
Case Manager to the Honorable Keith P. Ellison
United States District Court
515 Rusk St.
Suite 3716
Houston, TX 77002
Office:  713-250-5181

---

**From:** Ramona Ladwig <rladwig@McCarthyHolthus.com>
**Sent:** Monday, June 13, 2022 6:41 PM
**To:** Art Rivera <Arturo_Rivera@txs.uscourts.gov>
**Cc:** ira joffe <ira.joffe@gmail.com>; Cole Patton <CPatton@McCarthyHolthus.com>; txidscm <txidscm@McCarthyHolthus.com>; Stacie Nakagai <snakagai@McCarthyHolthus.com>; Fidelina Timmons <ftimmons@McCarthyHolthus.com>
**Subject:** RE: 4:22-cv-00088 Wilmington Savings Fund Society, FSB v. Myers et al; Civil Action Number: 4:22-cv-00088 / TX-21-78855-JF



**CAUTION - EXTERNAL:**



Mr. Rivera,

See attached. We would like to inform the court of what is happening behind the scenes in this case. Unfortunately an attorney, Mr. Ira Joffe, has been sending us numerous letters regarding various questions about this file, about our recent service by mail and statute of limitations defenses. He insists

**DEFENDANTS' EXHIBIT 13 -- PAGE 3**

that he represents the defendants here in prior matters but fails to put in a notice of appearance in this case. We have repeatedly told him that, despite his prior representations, we cannot communicate with him on the file until he has made an appearance <u>in this matter</u>. Mr. Joffe refuses to accept this position. He has also refused to waive service in this case despite numerous requests. Yet he still insists on sending us numerous letters with numerous questions about the file. In his fifth letter he asks again for specific names of attorneys on the file who authorized service by mail, presumably so he can file a bar complaint.

Through this email we are letting him know that we do not intend to respond or further engage with him at the risk of breaching client confidentiality, and we will not respond to his fifth letter or any further letters, until he files an appearance on behalf of the defendants in this case.

We ordinarily would not involve the court in this unusual matter, but the tenor of Mr. Joffe's communications is so increasingly alarming that we feel the need to involve the Court to have some oversight into the communications.

Thank you for your attention to this matter.



Ramona V. Ladwig | Senior Litigation Associate | Licensed in TX, FL, and NY

McCarthy ◆ Holthus, LLP

1255 W 15th St Ste 1060, Plano, TX 75075

214.291.3781 (main) | 214.984.7551 (cell)

rladwig@mccarthyholthus.com

http://www.mccarthyholthus.com


"Service Second to None"


Offices in: AR | AZ | CA | CO | ID | NV | NM | OR | TX | WA


Should escalation be required, please contact: Cole Patton at cpatton@mccarthyholthus.com.

Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose. The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient,

# DEFENDANTS' EXHIBIT 13 -- PAGE 4

you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge.

**From:** ira joffe <ira.joffe@gmail.com>
**Sent:** Monday, June 13, 2022 4:56 PM
**To:** Cole Patton <CPatton@McCarthyHolthus.com>; Ramona Ladwig <rladwig@McCarthyHolthus.com>; txidscm <txidscm@McCarthyHolthus.com>; Stacie Nakagai <snakagai@McCarthyHolthus.com>; Fidelina Timmons <ftimmons@McCarthyHolthus.com>
**Subject:** Wilmington v. Myers - Fifth Notice Package

Please see the attached.

--

Ira D. Joffe, Esq.
6750 West Loop South
Suite 920
Bellaire, (Houston) TX 77401

(713) 661-9898
(888) 335-1060 Fax

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

DEFENDANTS' EXHIBIT 13 -- PAGE 5