UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, Plaintiff | § § § § § § § § | |
| v. | § § § | CIVIL ACTION NO. 22-88 |
| LEEROY M. MYERS and BARBARA MYERS, Defendants | § § § § | |

**ORDER GRANTING DEFENDANTS' MOTION TO
ALTER OR AMEND JUDGMENT [DOC. 37] AND REOPENING CASE**

The Defendant's Motion To Alter or Amend Judgment is granted and the case is reopened.

The document labeled "PLAINTIFF WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A/ CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST'S MOTION FOR SUMMARY JUDGMENT" that was signed and entered on June 22, 2023, and misidentified as Final Judgment on the docket [Doc. 37], is withdrawn. It is replaced with a document entitled Summary Judgment In Favor of Leeroy M. Myers and Barbara Myers.

_____          _____
Date                                                    Hon. Keith P. Ellison
                                                              United States District Judge