IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Wilmington Savings Fund Society, FSB,** § § | | |
| *Plaintiff*, § § | | |
| v. § § | CIVIL ACTION NO. 4:22-CV-00088 | |
| **Leeroy M. Myers , et al.** § § § | | |
| *Defendants*. § | | |

### NOTICE OF APPEARANCE AND CHANGE OF LEAD COUNSEL FOR DEFENDANT/COUNTER-PLAINTIFF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the following attorney is entering an appearance for Defendant/Counter-Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, and will serve as lead counsel in the above numbered and entitled cause:

Rob Negrin
rnegrin@McCarthyHolthus.com
Texas State Bar No.: 14865550/SD No. 8843
1255 West 15th Street, Suite 1060
Plano, Texas 75075
Telephone: 214.291.3800
Facsimile: 214.291.3801

Accordingly, any prior designations of Ramona Ladwig as Lead Counsel are hereby withdrawn. Defendant/Counter-Plaintiff respectfully requests that this Court reflect Defendant/Counter-Plaintiff's designation of the undersigned as its new Lead Attorney. Further, copies of all correspondence, notices, pleadings and other documents in this action are to be provided to and served upon undersigned.

Respectfully submitted,

**MCCARTHY & HOLTHUS, LLP**

_/s/ Robert L. Negrin_

Robert Negrin / SBN: 14865550.SD No. 8843
Cole Patton / SBN: 24037247
Thuy Frazier / SBN: 24088129
Yoshie Valadez / SBN: 24091142
Myra Homayoun / SBN: 24133198
1255 West 15th Street, Suite 1060
Plano, Texas 75075
Phone: 214.291.3800
Fax: 214.291.3801

ATTORNEY FOR DEFENDANTS/
COUNTER-PLAINTIFF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all parties of record via ecf on July 20, 2023.

_/s/ Robert L. Negrin_
Rob Negrin