United States District Court
Southern District of Texas
**ENTERED**
August 04, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB,** § § § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-00088 |
| § | |
| **LEEROY M. MYERS,** *et al.*, § § | |
| Defendants. § | |

# ORDER

Defendants filed a Motion to Alter Judgment and Reopen Case. ECF No. 40. The Motion is **GRANTED** in part and **DENIED** in part. The Court **GRANTS** Defendants request to amend the title of the Final Judgment (ECF No. 37) to clarify it as a final judgment. The Court **DENIES WITHOUT PREJUDICE** the remaining issues in the motion and Defendants' request to reopen the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 3rd of August.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE