# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,<br>    Plaintiff | § § § § § § § | |
| v. | § § | CIVIL ACTION NO. 22-88 |
| LEEROY M. MYERS and BARBARA MYERS,<br>    Defendants | § § § § | |

## ORDER GRANTING DEFENDANTS' MOTION TO ALTER OR AMEND JUDGMENT [DOC. 43]

The Defendants' Motion To Alter or Amend Judgment is granted.

The Amended Final Judgment that was signed on August 3, 2023 and entered on August 4, 2023 [Doc. 43], is withdrawn. It is replaced with a document entitled Summary Judgment In Favor of Leeroy M. Myers and Barbara Myers.

_____         _____
Date                                          Hon. Keith P. Ellison
                                                  United States District Judge