UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,**<br><br>*Plaintiff,*<br><br>v.<br><br>**LEEROY M. MYERS; BARBARA MYERS,**<br><br>*Defendants.* | CIVIL ACTION 4:22-cv-00088 |

**ORDER ON DEFENDANTS' MOTION TO ALTER OR AMEND JUDGMENT**

On this date, the Court considered Defendants' Motion to Alter or Amend Judgment (Doc. 45). The Court denies the motion.

It is SO ORDERED.

Signed:_____

_____
Hon. Keith P. Ellison, United States District Judge